**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO.**

CA 06 171S

**ALLISON MARIE DUNBAR GUILLORY,**
**Administratrix of the Estate**
**of Patrick Guillory, and**
**as Parent and Next Friend of**
**WINTER LAPATRIA GUILLORY and**
**ARIEL JU'NEA KEON GUILLORY,**
**Plaintiff,**

**VS.**

**REASON GUTUKU and**
**CHRISTIAN PERSONNEL, INC.**
**d/b/a CHRISTIAN CONSTRUCTION, INC.,**
**Defendants.**

**NOTICE AND PETITION FOR REMOVAL**

**To the Honorable Judges of the United States District Court for the District of Rhode Island.**

Defendant, Christian Personnel, Inc. d/b/a/ Christian Construction, Inc., the removing party, by counsel, respectfully shows this Court that:

1. On or about March 13, 2006, Plaintiff, Allison Maria Dunbar Guillory, filed her Compliant. Such suit was filed in the Providence County Superior Court for the State of Rhode, Civil Action No. PC06-1226 ("State Court Action"). The date of service on defendant, Christian Personnel, Inc. d/b/a Christian Construction, Inc., is uncertain.

2. The Complaint is for the wrongful death of decedent Patrick Guillory. Under Rhode Island law, the minimum recovery for a wrongful death claim is at the level of $250,000.00. Thus, the amount in controversy exceeds the sum or value of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

3. Further, complete diversity of citizenship is present. Plaintiffs are, upon information and belief, residents of Opelousas, Louisiana. The defendant, Christian Personnel, Inc. d/b/a Christian Construction, Inc., is an Alabama corporation with a principal place of business in Alabama. The defendant, Reason Gutuku, is alleged to be a resident of Jefferson, Louisiana. The defendant is unable to locate his present whereabouts and does not believe that he presently resides in Jefferson, Louisiana due to Hurricane Katrina. Thus, this Court has original jurisdiction based upon diversity of citizenship under 28 U.S.C. § 1332, and this action is removable under 28 U.S.C. § 1441(a).

4. Defendant, Christian Personnel, Inc. d/b/a Christian Construction, Inc., shall within thirty (30) days of this Notice and Petition for Removal file certified or attested copies of all records and

proceedings in the State Court Action and a certified or attested copy of all docket entries in the State Court Action.

5. Promptly hereafter, written notice will be given to all adverse parties that this Petition Removal is being filed with this Court.

6. Pursuant to 28 U.S.C. § 1446(b), this Petition is filed with this Court within thirty (30) days after notice of the State Court Action was received by defendant, Christian Personnel, Inc. d/b/a/ Christian Construction, Inc.

**WHEREFORE**, defendant, Christian Personnel, Inc. d/b/a Christian Constructin, Inc., prays that the entire above-titled State Court Action be removed from the Providence County Court for the State of Rhode Island to the United States District Court for the District of Rhode Island.

Respectfully submitted,
By its attorney,

**CLINTON & MUZYKA, P.C.**

**Robert E. Collins**
**BBO NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489 Fax

***CERTIFICATE OF SERVICE***

I certify that the foregoing was served by placing a copy of same in the United States mail, first class postage prepaid this 11th day of April, 2006, addressed to the following:

| | |
|---|---|
| Vincent T. Cannon, Esquire<br>Decof & Decof, P.C.<br>One Smith Hill<br>Providence, RI 02903 | |

Robert E. Collins