STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ALLISON MARIE DUNBAR GUILLORY, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY:

vs. : C. A. NO.: PC06-1226

REASON GUTUKU and
CHRISTIAN PERSONNEL, INC.
d/b/a CHRISTIAN CONSTRUCTION INC.

## FIRST AMENDED COMPLAINT

1. Plaintiff Allison Marie Dunbar Guillory is a resident of Opelousas, Louisiana, and is the Administratrix of the Estate of Patrick Guillory.

2. Plaintiffs Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory are minor children of Allison Marie Dunbar Guillory and the decedent, Patrick Guillory.

3. Defendant Reason Gutuku, upon information and belief, is a resident of Jefferson, Louisiana.

4. Defendant Christian Personnel, Inc., d/b/a Christian Construction Inc., upon information and belief, is a corporation organized and existing under the laws of the State of Alabama with sufficient minimum contacts to be subject to the jurisdiction of this Honorable Court.

5. The amount in controversy is sufficient to establish the jurisdiction of this Honorable Court.

**COUNT I**

1. Paragraphs 1 through 5 are incorporated by reference as if fully set forth herein.

2. On or about June 15, 2005, Defendant Reason Gutuku was operating a JLG boom-supported elevated work platform at Senesco Shipbuilding in North Kingstown, Rhode Island.

3. At said time and place, Defendant Reason Gutuku owed a duty to the decedent, Patrick Guillory, to operate the work platform in a safe and careful manner.

4. Nevertheless, Defendant Reason Gutuku breached said duty in that he operated said work platform in a careless manner, and was otherwise negligent.

5. As a direct and proximate result of said negligence as aforesaid described, Plaintiff's decedent, Patrick Guillory, was caused to become afflicted with grave injuries resulting in his death on June 15, 2005, and sustained extreme pain and suffering.

6. By reason of the death of Patrick Guillory, the beneficiaries and the Estate of Patrick Guillory have sustained damages as a result of the negligence as aforesaid described.

WHEREFORE, Plaintiff Allisca Marie Dunbar Guillory, Administratrix of the Estate of Patrick Guillory, demands judgment against Defendant Reason Gutuku for compensatory damages, plus interest and costs.

**COUNT II**

1. Paragraphs 1 through 6 of Count I are incorporated by reference as if fully set forth at length herein.

2. As a direct and proximate result of the negligence of Defendant Reason Gutuku as aforesaid described, the decedent's children Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory have suffered a loss of their father's love, society, companionship and consortium.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory demands judgment against Defendant Reason Gutuku for compensatory damages, plus interest and costs.

COUNT III

1. Count I and Count II are incorporated by reference as if set forth fully herein.

2. At all times applicable herein, Defendant Reason Gutuku was an agent and/or employee of Defendant Christian Personnel, Inc., d/b/a Christian Construction Inc., and operating within the scope of said agency and/or employment.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, Administratrix of the Estate of Patrick Guillory, demands judgment against Defendant Christian Personnel, Inc., d/b/a Christian Construction Inc. for compensatory damages, plus interest and costs.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory, demands judgment against Defendant Christian Personnel, Inc., d/b/a Christian Construction Inc. for compensatory damages, plus interest and costs.

ALLISON MARIE DUNBAR GUILLORY,
Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

Vincent T. Cannon (signature)

Vincent T. Cannon Bar #2324

Dated: March 10, 2006

Guillory P002