UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 06-171-S

**ALLISON MARIE DUNBAR GUILLORY, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY,**
**Plaintiff,**

**VS.**

**REASON GUKUTU and CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION, INC.,**
**Defendants.**

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendants, Reason Gukutu and Christian Personnel, Inc. d/b/a Christian Construction, Inc., in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**Robert E. Collins**
**Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: May 16, 2006

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-171-S**

**ALLISON MARIE DUNBAR GUILLORY,**
**Administratrix of the Estate**
**of Patrick Guillory, and**
**as Parent and Next Friend of**
**WINTER LAPATRIA GUILLORY and**
**ARIEL JU'NEA KEON GUILLORY,**
**Plaintiff,**

**VS.**

**REASON GUKUTU and**
**CHRISTIAN PERSONNEL, INC.**
**d/b/a CHRISTIAN CONSTRUCTION, INC.,**
**Defendants.**

**AFFIDAVIT OF NOTICE**

I, Robert E. Collins, being duly sworn, under oath depose and say that acting on behalf of the defendants in the above entitled action, I have this day notified the plaintiff in this action that a Notice of Removal of said action from Providence Superior Court at Providence, Rhode Island has been filed on April 12, 2006 in the United States District Court for the District of Rhode Island, said notification being made to the plaintiff's attorney,

Vincent T. Cannon, Esquire
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

mailed postage prepaid, and I have filed a copy of said Notice with the Clerk of the Providence Superior Court, Providence, Rhode Island, all in accordance with Title 28 U.S.C. Section 1446(e).

By their attorneys,

ATTORNEY FOR DEFENDANTS

**Robert E. Collins**
**Bar No: 2951**
**CLINTON & MUZYKA, P.C.**
One Boston Place
Boston, MA 02108
(617) 723-9165

Dated: May 16, 2006