06-171 S

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1226 ALLISON MARIE DUNBAR GUILLORY V REASON GUTUKU

Filing Date: 03-01-2006
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY
Status Date: 03-01-2006

Plaintiff: ALLISON DUNBAR GUILLORY
ID: @10824770
Attorney: VINCENT CANNON

Plaintiff: WINTER GUILLORY
ID: @10824771
Attorney: VINCENT CANNON

Plaintiff: ARIEL GUILLORY
ID: @10824772
Attorney: VINCENT CANNON

Defendant: REASON GUTUKU
ID: @10824773

Defendant: CHRISTIAN PERSONNEL, INC
ID: @10824774

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-01-2006 | COMPLAINT FILED | |
| 03-01-2006 | INITIAL FILING FEE | |
| 03-01-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP221672. |
| 03-14-2006 | AMENDED COMPLAINT FILED | Affiliated: DUNBAR GUILLORY, ALLISON MARIE |
| 04-25-2006 | AFFIDAVIT OF SERVICE FILED | |
| 05-08-2006 | AMENDED COMPLAINT FILED | Affiliated: DUNBAR GUILLORY, ALLISON MARIE |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island