STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

U.S. District Court
06-171-S

Case ID: PC-2006-1226 ALLISON MARIE DUNBAR GUILLORY V REASON GUTUKU

Filing Date: 03-01-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 05-16-2006

Plaintiff: ALLISON DUNBAR GUILLORY — Attorney: VINCENT CANNON
ID: @10824770
Plaintiff: WINTER GUILLORY — Attorney: VINCENT CANNON
ID: @10824771
Plaintiff: ARIEL GUILLORY — Attorney: VINCENT CANNON
ID: @10824772

Defendant: REASON GUTUKU
ID: @10824773
Defendant: CHRISTIAN PERSONNEL, INC
ID: @10824774

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-01-2006 | COMPLAINT FILED | |
| 03-01-2006 | INITIAL FILING FEE | |
| 03-01-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP221672. |
| 03-14-2006 | AMENDED COMPLAINT FILED | Affiliated: DUNBAR GUILLORY, ALLISON MARIE |
| 04-25-2006 | AFFIDAVIT OF SERVICE FILED | |
| 05-08-2006 | AMENDED COMPLAINT FILED | Affiliated: DUNBAR GUILLORY, ALLISON MARIE |
| 05-16-2006 | NOTICE OF REMOVAL | TO U.S. DISTRICT COURT. CASE #06-171-S Affiliated: CHRISTIAN PERSONNEL, INC |
| 05-16-2006 | OTH DOC FILED DURING DISCOV | |
| 05-16-2006 | CASE REMVD TO US DISTRICT CT | |

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

**CIVIL ACTION**
**NO. PC06-1226**

**ALLISON MARIE DUNBAR GUILLORY, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY,**
**Plaintiff,**

**VS.**

**REASON GUTUKU and CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION, INC.,**
**Defendants.**

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 MAY 16 A 8:31

## CERTIFICATION OF FILING

Now come the defendants in the above entitled action, by its attorney, and advises the Court that a Notice of Removal has been filed in the United States District Court for the District of RHODE ISLAND, removing the instant action to the federal forum pursuant to 28 USC 1441 et seq.

A copy of the Notice of Removal is annexed hereto as Exhibit "A".

WHEREFORE, the defendants pray that the instant action be stayed and that no further actions be taken herein.

By their attorneys,

**ATTORNEY FOR DEFENDANTS**

**Robert E. Collins**
**Bar No: 2951**
**CLINTON & MUZYKA, P.C.**
One Boston Place
Boston, MA 02108
(617) 723-9165

Dated: May 16, 2006