UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLISON MARIE DUNBAR GUILLORY, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY | : | |
| vs. | : | C. A. NO.: 06-171-S |
| REASON GUKUTU and CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION INC. | : | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiffs hereby move this Honorable Court for permission to file a Third Amended Complaint, a copy of which is attached hereto.

The Third Amended Complaint adds Count V and Count VI which set forth claims of negligence by Defendant Christian Personnel, Inc. in selecting, hiring and training Co-Defendant Reason Gukutu.

ALLISON MARIE DUNBAR GUILLORY,
Individually and as Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

Vincent T. Cannon Bar #2324

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903 to **Robert E. Collins, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the 2nd day of June, 2006.

Guillory F008