**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ALLISON MARIE DUNBAR GUILLORY, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY

vs. C. A. NO.: 06-171-S

REASON GUKUTU and CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION INC.

# THIRD AMENDED COMPLAINT

1. Plaintiff Allison Marie Dunbar Guillory is a resident of Opelousas, Louisiana, and is the Administratrix of the Estate of Patrick Guillory.

2. Plaintiffs Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory are minor children of Allison Marie Dunbar Guillory and the decedent, Patrick Guillory.

3. Defendant Reason Gukutu, upon information and belief, is a resident of the Commonwealth of Massachusetts.

4. Defendant Christian Personnel, Inc., d/b/a Christian Construction Inc., (hereinafter "Christian Personnel") upon information and belief, is a corporation organized and existing under the laws of the State of Alabama with sufficient minimum contacts to be subject to the jurisdiction of this Honorable Court.

5. The amount in controversy is sufficient to establish the jurisdiction of this Honorable Court.

**COUNT I**

1. Paragraphs 1 through 5 are incorporated by reference as if fully set forth herein.

2. On or about June 15, 2005, Defendant Reason Gukutu was operating a JLG boom-supported elevated work platform at Senesco Shipbuilding in North Kingstown, Rhode Island.

3. At said time and place, Defendant Reason Gukutu owed a duty to the decedent, Patrick Guillory, to operate the work platform in a safe and careful manner.

4. Nevertheless, Defendant Reason Gukutu breached said duty in that he operated said work platform in a careless manner, and was otherwise negligent.

5. As a direct and proximate result of said negligence as aforesaid described, Plaintiff's decedent, Patrick Guillory, was caused to become afflicted with grave injuries resulting in his death on June 15, 2005, and sustained extreme pain and suffering.

6. By reason of the death of Patrick Guillory, the beneficiaries and the Estate of Patrick Guillory have sustained damages as a result of the negligence as aforesaid described.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, Administratrix of the Estate of Patrick Guillory demands judgment against Defendant Reason Gukutu for compensatory damages, plus interest and costs.

**COUNT II**

1. Paragraphs 1 through 6 of Count I are incorporated by reference as if fully set forth at length herein.

2. As a direct and proximate result of the negligence of Defendant Reason Gukutu as aforesaid described, the decedent's children Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory have suffered a loss of their father's love, society, companionship and consortium.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory demands judgment against Defendant Reason Gukutu for compensatory damages, plus interest and costs.

**COUNT III**

1. Count I and Count II are incorporated by reference as if set forth fully herein.

2. At all times applicable herein, Defendant Reason Gukutu was an agent and/or employee of Defendant Christian Personnel, Inc., d/b/a Christian Construction Inc., and operating within the scope of said agency and/or employment.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, Administratrix of the Estate of Patrick Guillory demands judgment against Defendant Christian Personnel, Inc., d/b/a Christian Construction Inc. for compensatory damages, plus interest and costs.

**COUNT IV**

1. Paragraphs 1 and 2 of Count III are incorporated by reference as if set forth fully herein.

2. As a direct and proximate result of the negligence of Defendant Reason Gukutu as aforesaid described, the decedent's children Winter Lapatria Guillory and

Ariel Ju'Nea Keon Guillory have suffered a loss of their father's love, society, companionship and consortium.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory demands judgment against Defendant Christian Personnel, Inc., d/b/a Christian Construction Inc. for compensatory damages, plus interest and costs.

**COUNT V**

1. Paragraph 1 through 6 of Count I are incorporated by reference as if set forth fully herein.

2. At all times applicable herein, Defendant Christian Personnel owed a duty to exercise reasonable care in selecting and training employees, such as Defendant Reason Gukutu, who were fit and competent for the work assigned so as to prevent exposing persons such as plaintiffs' decedent to an unreasonable risk of harm.

3. Defendant Christian Personnel breached said duty, and was otherwise negligent, in selecting and hiring Defendant Reason Gukutu, who was unfit and incompetent for the work assigned to him at Senesco Marine on June 15, 2005.

4. As a direct and proximate result of said negligence as aforesaid described, Plaintiff's decedent, Patrick Guillory, was caused to become afflicted with grave injuries resulting in his death on June 15, 2005, and sustained extreme pain and suffering.

5. By reason of the death of Patrick Guillory, the beneficiaries and the Estate of Patrick Guillory have sustained damages as a result of the negligence as aforesaid described.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, Administratrix of the

Estate of Patrick Guillory demands judgment against Defendant Reason Gukutu for compensatory damages, plus interest and costs.

**COUNT VI**

1. Paragraphs 1 through 5 of Count V are incorporated by reference as if fully set forth at length herein.

2. As a direct and proximate result of the negligence of Defendant Christian Personnel as aforesaid described, the decedent's children Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory have suffered a loss of their father's love, society, companionship and consortium.

WHEREFORE, Plaintiff Allison Marie Dunbar Guillory, as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory demands judgment against Defendant Christian Personnel, Inc. for compensatory damages, plus interest and costs.

ALLISON MARIE DUNBAR GUILLORY,
Individually and as Administratrix of the
Estate of Patrick Guillory, and as Parent and
Next Friend of Winter Lapatria Guillory
and Ariel Ju'Nea Keon Guillory

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

Vincent T. Cannon Bar #2324

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903 to **Robert E. Collins, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 on the _____ day of June, 2006.

______________________________________

Guillory P007