**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUN 27 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALLISON MARIE DUNBAR GUILLORY, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY

vs. : C. A. NO.: 06-171-S

REASON GUKUTU and CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION INC.

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiffs hereby move this Honorable Court for permission to file a Third Amended Complaint, a copy of which is attached hereto.

The Third Amended Complaint adds Count V and Count VI which set forth claims of negligence by Defendant Christian Personnel, Inc. in selecting, hiring and training Co-Defendant Reason Gukutu.

ALLISON MARIE DUNBAR GUILLORY,
Individually and as Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

Vincent T. Cannon Bar #2324

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ______
William E. Smith, District Judge
Date: 7/17/06

7/18/06: GRANTED ABSENT OPPOSITION. LR CV 7(b)(1).
USMJ