UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLISON MARIE DUNBAR GUILLORY,<br>Administratrix of the Estate of Patrick Guillory,<br>and as Parent and Next Friend of WINTER<br>LAPATRIA GUILLORY and ARIEL JU'NEA<br>KEON GUILLORY<br><br>vs.<br><br>REASON GUKUTU and<br>CHRISTIAN PERSONNEL, INC.<br>d/b/a CHRISTIAN CONSTRUCTION INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. NO.: 06-171-S |

**NOTICE TO TAKE DEPOSITION**

TO: Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Reporting Associates
10 Dorrance Street, Suite 617
Providence, RI 02903

Please take notice that at **10:00 a.m. on Tuesday, September 19, 2006** at the **law firm of Decof & Decof, One Smith Hill, Providence, RI 02903**, the Plaintiffs in this action by their attorneys will take the deposition upon oral examination of **Defendant Reason Gukutu,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

ALLISON MARIE DUNBAR GUILLORY,
Administratrix of the Estate of Patrick
Guillory, and as Parent and Next Friend of
Winter Lapatria Guillory
and Ariel Ju'Nea Keon Guillory

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
vtc@decof.com

/S/Vincent T. Cannon
Vincent T. Cannon #2324

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from the offices of Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Robert E. Collins, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108 and **Reporting Associates**, 10 Dorrance Street, Suite 617, Providence, RI 02903 on the 11th day of September, 2006.

/S/Vincent T. Cannon

Guillory P016