**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALLISON MARIE DUNBAR GUILLORY,<br>Administratrix of the Estate of Patrick Guillory,<br>and as Parent and Next Friend of WINTER<br>LAPATRIA GUILLORY and ARIEL JU'NEA<br>KEON GUILLORY | : | |
| vs. | : | C. A. NO.: 06-171-S |
| REASON GUKUTU and<br>CHRISTIAN PERSONNEL, INC.<br>d/b/a CHRISTIAN CONSTRUCTION INC. | : | |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURE (ASSENTED TO)**

Plaintiffs hereby move to extend the time for expert witness disclosure under the Court's Scheduling Order for sixty (60) days from November 15, 2006 until January 15, 2007.

The additional time is needed to take depositions in Alabama at the corporate headquarters of Christian Construction Inc., and to complete depositions of Senesco and Christian Construction personnel located in Rhode Island. These depositions have not been completed because the parties have been attempting to resolve this matter without incurring additional litigation expenses.

This motion is assented and agreed to by Defense counsel, and will not impact the other dates in the Scheduling Order nor interfere with the trial date in this matter.

**WHEREFORE**, Plaintiffs respectfully request that their motion to extend the time for expert witness disclosure until January 15, 2007 be granted.

ALLISON MARIE DUNBAR GUILLORY,
Administratrix of the Estate of Patrick
Guillory, and as Parent and Next Friend of
Winter Lapatria Guillory
and Ariel Ju'Nea Keon Guillory

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
vtc@decof.com

/S/Vincent T. Cannon
Vincent T. Cannon #2324

**CERTIFICATION**

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com, on the 14th day of November, 2006.

/S/Vincent T. Cannon

Guillory P026