**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ALLISON MARIE DUNBAR GUILLORY, :
Administratrix of the Estate of Patrick Guillory, :
and as Parent and Next Friend of WINTER :
LAPATRIA GUILLORY and ARIEL JU'NEA :
KEON GUILLORY :
:
vs. : C. A. NO.: 06-171-S
:
REASON GUKUTU and :
CHRISTIAN PERSONNEL, INC. :
d/b/a CHRISTIAN CONSTRUCTION INC. :

**NOTICE TO TAKE DEPOSITION**

TO: Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Henderson & Associates Court
Reporters, Inc.
P.O. Box 2263
Mobile, AL 36652-2263

Please take notice that at **12:00 p.m. on Wednesday, January 17, 2007** at **Henderson & Associates Court Reporters, Inc., 5 North Royal Street, Suite 200, Mobile, Alabama 36602**, the Plaintiffs in this action by their attorneys will take the deposition upon oral examination of the **Defendant Christian Personnel, Inc. d/b/a Christian Construction Inc.,** pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

**Please see attached Addendum**

ALLISON MARIE DUNBAR GUILLORY,
Administratrix of the Estate of Patrick
Guillory, and as Parent and Next Friend of
Winter Lapatria Guillory
and Ariel Ju'Nea Keon Guillory

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
vtc@decof.com

/S/Vincent T. Cannon
Vincent T. Cannon #2324

## CERTIFICATION

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com; and by regular mail, postage prepaid, to **Henderson & Associates Court Reporters, Inc.,** P.O. Box 2263, Mobile, AL 36652-2263 on the 4th day of January, 2007.

/S/Vincent T. Cannon

Guillory P027

**ADDENDUM**

Said Defendant shall designate, pursuant to Fed. R. Civ. P. 30(b)(6), one or more persons with knowledge to testify regarding the following matters:

1. Defendant's policies, procedures, and practices regarding the hiring and employment of individuals, including, without limiting, all policies, procedures and practices regarding background screening, reference checks, criminal record checks, and license checks;

2. Defendant's policies, procedures, and practices regarding the evaluation of individuals for suitability for specific employment classifications;

3. Defendant's policies, procedures, and practices regarding the training of individuals for specific employment classifications;

4. The specific facts and circumstances surrounding the hiring of Reason Gukutu, including:

   a. All background screening, reference checks, criminal record checks, and license checks of Reason Gukutu;
   b. All the evaluations performed of Reason Gukutu for his suitability for specific employment classifications; and
   c. All training provided Reason Gukutu;

5. The specific facts and circumstances surrounding the placement of Reason Gukutu at Senesco Marine, North Kingstown, Rhode Island, including, without limiting:

   a. The person who placed Reason Gukutu at Senesco Marine;
   b. The specific job requirements for the position filled by Reason Gukutu at Senesco Marine;
   c. Any and all evaluations performed to determine if Mr. Gukutu met the job requirements;
   d. Any and all training received by Mr. Gukutu for said position; and
   e. The arrangement for compensation and the amount received by you for placing Reason Gukutu at Senesco Marine.