**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-171-S**

**ALLISON MARIE DUNBAR GUILLORY,**
**Administratrix of the Estate**
**of Patrick Guillory, and**
**as Parent and Next Friend of**
**WINTER LAPATRIA GUILLORY and**
**ARIEL JU'NEA KEON GUILLORY,**
**Plaintiff,**

**VS.**

**REASON GUKUTU and**
**CHRISTIAN PERSONNEL, INC.**
**d/b/a CHRISTIAN CONSTRUCTION, INC.,**
**Defendants.**

**DEFENDANTS, REASON GUKUTU AND CHRISTIAN PERSONNEL, INC.**
**d/b/a CHRISTIAN CONSTRUCTION, INC.'S,**
**MOTION FOR SUMMARY JUDGMENT**

Now come the defendants, Reason Gukutu and Christian Personnel, Inc. d/b/a Christian Construction, Inc., in the above-entitled action, by and through their undersigned attorneys, Clinton & Muzyka, P.C., and move this Honorable Court for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

As a basis therefore, Defendants state that this matter involves a wrongful death action brought by the ex-wife of decedent, Patrick Guillory, as a result of an incident on June 15, 2005 at South Eastern New England

Ship Building Company ("Senesco") in Quonset, Rhode Island. The Plaintiff maintains that the wrongful death occurred due to the negligence of Defendant, Reason Gukutu and/or the negligence of Defendant, Christian Personnel, Inc. d/b/a Christian Construction, Inc. Plaintiff is collecting compensation benefits under the Rhode Island Worker's Compensation Act and now brings this action for tort damages. The Defendants maintain that Defendant, Reason Gukutu, was a borrowed servant under the direction and control of Senesco and that, therefore, they are immune from liability. In addition, Defendant states that under the Longshore and Harbor Worker's Compensation Act, Defendant, Christian Personnel, Inc., d/b/a Christian Construction, Inc. is also immune from liability for negligent hiring and/or negligent training.

Defendants rely upon the attached Memorandum of Law in Support of its Motion for Summary Judgment.

**WHEREFORE**, the defendants pray this Honorable Court to allow its Motion for Summary Judgment.

Respectfully submitted,

By its attorney,

**CLINTON & MUZYKA, P.C.**

**“/S/Robert E. Collins”**

**Robert E. Collins**
**BBO NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489 Fax

Dated: March 22, 2007