UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 06-171-S

ALLISON MARIE DUNBAR GUILLORY,
Administratrix of the Estate
of Patrick Guillory, and
as Parent and Next Friend of
WINTER LAPATRIA GUILLORY and
ARIEL JU'NEA KEON GUILLORY,
Plaintiff,

VS.

REASON GUKUTU and
CHRISTIAN PERSONNEL, INC.
d/b/a CHRISTIAN CONSTRUCTION, INC.,
Defendants.

## AFFIDAVIT OF ROBERT E. COLLINS

1. I am a member of the bar of this Court and of the firm of Clinton & Muzyka, P.C., attorneys for Defendants, Reason Gukutu and Christian Personnel, Inc. d/b/a Christian Construction, Inc. in this action. I submit this Affidavit to place into the record portions of deposition transcripts and documents generated during the course of discovery.

2. Annexed hereto as Exhibit 1 is the Plaintiff's Answers to Defendant's Interrogatories.

3. Annexed hereto as Exhibit 2 is the Employer's First Report of Injury.

4. Annexed hereto as Exhibit 3 is the Plaintiff's Third Amended Complaint.

5. Annexed hereto as Exhibit 4 are pages from the Transcript of the Deposition of Donald Jerome Christian taken in Mobile, Alabama.

6. Annexed hereto as Exhibit 5 are pages from the Deposition of Reason Gukutu taken in Providence, Rhode Island.

7. Annexed hereto as Exhibit 6 are pages from the Deposition of Michael Scannell taken in Providence, Rhode Island.

8. Annexed hereto as Exhibit 7 are pages from the Deposition of Earl Barden taken in Providence, Rhode Island.

9. Annexed hereto as Exhibit 8 are pages from the Deposition of David Jacques Millette taken in Mobile, Alabama.

10. Annexed hereto as Exhibit 9 is the Memorandum of Agreement for the State of Rhode Island Worker's Compensation.

11. Annexed hereto as Exhibit 10 are pages from the Deposition of Allison Guillory taken in Providence, Rhode Island.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF MARCH, 2007.

Robert E. Collins