# Employer's First Report of Injury or Occupational Illness

(See instructions on reverse - Leave Items 1 and 2 blank)

U S Department of Labor
Employment Standards Administration
Office of Workers Compensation Programs

OMB No 1215-0031

1 OWCP No

2 Carriers No: 233733

3 Date and Time of Accident (mm dd yyyy) (hh mm am/pm): 6-15-05 12 45

4 Name of Injured/Deceased Employee (Type or print - first M I last)
First Name: Patrick M I Last Name: Guillory Telephone: 401-580-4263

5 Employee's Address (No street city state ZIP country): street 947 Jordan St city Opelousas st LA zip 70570 city

6 Injury is Reported Under the Following Act (Mark one)
- A [x] Longshore and Harbor Workers Compensation Act
- B [ ] Defense Base Act
- C [ ] Nonappropriated Fund Instrumentalities Act
- D [ ] Outer Continental Shelf Lands Act

7 Indicate Where Injury Occurred (Longshore Act only) (Mark one)
- A [x] Aboard Vessel or Over Navigable Waters
- B [ ] Pier/Wharf
- C [ ] Dry Dock
- D [ ] Marine Terminal
- E [ ] Building Way
- F [ ] Marine Railway
- G [ ] Other Adjoining Area

8 Sex: [x] M [ ] F

9 Date of Birth (mm/dd/yyyy): 8-28-59

10 Social Security No (Required by Law): 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

11 Did Injury Cause Death? [ ] No [x] Yes - If yes skip to 16

12 Did Injury Cause Loss of Time Beyond Day or Shift of Accident? [ ] Yes [ ] No

13 Date and Hour Employee First Lost Time Because of Injury Date (mm/dd/yyyy) Time (hh mm am/pm)

14 Did Employee Stop Work immediately? [ ] Yes [ ] No

15 Date&hour empl returned to work (mm/dd/yyyy) (hh mm am/pm)

16 Was Employee Doing Usual Work When Injured/Killed? (if no explain in Item 26) [x] Yes [ ] No

17 Did Injury/Death Occur on Employer's Premises? [x] Yes [ ] No

18 Dept in Which Employee Normally Works(ed): Welding

19 Occupation: Laborer

20 Date and Hour Pay Stopped (mm/dd/yyyy) (hh mm am/pm): 6-15-05 5

21 Which Days Usually Worked Per Week? (Mark (X) days)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | – | – | – | – | – | |

22 Date employer or foreman first knew of accident (mm/dd/yyyy) (hh mm am/pm): 6-15-05 12 45

23 Wages or Earnings (include overtime allowances etc)

| | |
|---|---|
| a Hourly | 10 00 |
| b Daily | 100.00 |
| c Weekly | 400.00 |
| d Yearly | |

24 Exact Place Where Accident Occurred (See instructions on reverse) This item should specify area if accident was in maritime employment and occurred in area adjoining navigable waters: Stern of 044 barge

25 How was Knowledge of Accident or Occupational Illness Gained? Writer of this document responded to accident

26 Describe in full how the accident occurred (Relate the events which resulted in the injury or occupational disease Tell what the injured was doing at the time of the accident Tell what happened and how it happened Name any objects or substances involved and tell how they were involved Give full details on all factors which led or contributed to the accident)

Employee in man basket with co-worker. Man basket raised to repair bracket, Co-worker moving controls, employee depressing safety switch (pedal). Employee crushed

27 Nature of Injury (Name part of body affected - fractured left leg bruised right thumb, etc) If there was amputation of a member of the body, describe: Crush injury of chest, external injuries death resulting

28 Has Medical Attention Been Authorized? [ ] Yes [ ] No

29 Enter Date of Authorization (mm/dd/yyyy): 6-15-05

30 Was First Treating Physician Chosen by Employee? [ ] Yes [x] No

31 Has Insurance Carrier Been Notified? [x] Yes [ ] No

| Name | Address - Enter Number, Street, City, State, ZIP Code |
|---|---|
| 32 Physician | |
| 33 Hospital: Trauma Unit R I Hospital | Eddy St. Providence, RI. |
| 34 Insurance Carrier: Beacon Mutual Ins. Co. | One Beacon Ctre, Warwick, RI 02886 |
| 35 Employer: Senesco Marine | 10 MacNaught St, No. Kingstown RI 02852 |
| 36 Employer's Business: Shipbuilding | 37 Signature of Person Authorized to Sign for Employer: Anne M. Brown (Signature) |

38 Official Title of Person Signing This Report: RN COHN-S/CM - Plant Nurse

Name of Person Signing This Report: Anne M Brown

39 Date of This Report (mm/dd/yyyy): 6-23-05

Form LS-202
Rev Oct 1998