UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLISON MARIE DUNBAR GUILLORY,
Administratrix of the Estate of
Patrick Guillory, and as Parent
and Next Friend of
WINTER LAPATRIA GUILLORY and
ARIEL JU'NEA KEON guillory

COPY

vs. C.A. NO.: 06-171-S

REASON GUKUTU and
CHRISTIAN PERSONNEL, INC.
d/b/a CHRISTIAN CONSTRUCTION INC.

DEPOSITION OF **REASON GUKUTU**, taken on behalf of the Defendant, Friday, October 13, 2006 at 10:05 a.m. pursuant to the Federal Rules of Civil Procedure at the law firm of Decof & Decof, One Smith Hill, Providence, Rhode Island before Linda F. Oakley, RPR, Inc., Notary Public.

APPEARANCES:

DECOF & DECOF, P.C.
BY: VINCENT T. CANNON, ESQ.
Counsel for the Plaintiff

CLINTON & MUZYKA, P.C.
BY: ROBERT E. COLLINS, ESQ.
Counsel for the Defendants

REPORTING ASSOCIATES
Westminster Square Building
10 Dorrance Street, Suite 617
Providence, RI 02903

(October 13, 2006)

**R E A S O N G U K U T U**, was duly sworn and testified as follows:

**EXAMINATION BY MR. CANNON**

Q Okay. What is your name, sir?
A Reason Gukutu.
Q Sir, my name is Vincent Cannon. I'm going to be asking you some questions.
A M-hm. (Affirmative)
Q Have you ever been at a deposition like this before?
A Not at all, no.
Q All right. You realize that my questions and your answers are going to be taken down by the court reporter?
A Yes, sir.
Q So if you don't understand my questions, please let me know. Okay?
A Yes.
Q What is your address, sir?
A 48 Martha Street.
Q Okay. And could you spell that?
A M a r t h a.
Q And where is that?
A Street in Springfield, Massachusetts 01151.
Q And your telephone number?

A 5 -- 413, the area code, 543-4807.
Q And how long have you lived at that address?
A I've lived over there, this my second year.
Q Who do you live with?
A Live with my wife and kids.
Q And your wife's name?
A Rachel Masiiwa.
Q Could you spell that, please?
A M a s double i w a.
Q And how many children do you have?
A I have one child with her.
Q And before you lived at that address in Springfield, Massachusetts, where did you live?
A I lived in 7255 Post Road.
Q In Warwick, Rhode Island?
A In Rhode Island, North Kingstown, Rhode Island.
Q And how long did you live at that address?
A At least a year.
Q And who did you live with at that address?
A I lived with my, my work colleague. His name was John Makamba. J o h n, last name is M a k a m b a.
Q Did you work with him at SENESCO?
A Yes, sir.
Q And before you lived at the Post Road address, where did you live?

A Before I lived at the Post Road address, I lived in, at the one, the one address in South Kingstown. It's Coachman Motor Inn. I can't remember the -- Coachman Motor Inn.
Q Coachman Motor Inn?
A Yeah.
Q And how long did you live at that address?
A At least six months, I would say, there.
Q And prior to that where did you live?
A I would say in between that, 7255 and Coachman, I lived at Airport, Airport, Airport Inn in Newport, and then the Budget Inn in North Kingstown, Rhode Island. That was just some two weeks, three weeks in between.
Q Okay. That was temporary?
A Temporarily, yeah.
Q When you were first, when you first came to Rhode Island, where did you first live?
A At the Coachman Motor Inn.
Q And according to your answers to interrogatories, you came to Rhode Island in September of 2003, is that right?
A In September 2003, yes, sir.
Q Now, before September of 2003, had you ever been in Rhode Island before?

fabrication course.
Q Now, you were born in Zimbabwe, is that right?
A Zimbabwe, yes.
Q And did you attend high school in Zimbabwe?
A Yes, sir.
Q Did you graduate from high school in Zimbabwe?
A Yes, sir.
Q Did you have any technical training in high school?
A Not in high school, but in college.
Q And where did you attend college?
A Harare Polytechnic.
THE REPORTER: Say the first name for me again.
THE DEPONENT: H a r a r a -- r e Polytechnic.
Q Is that a college in Zimbabwe?
A Yes, sir.
Q Is it a four-year college?
A Four-year college, yes, sir.
Q And how many years did you attend?
A I went for my industrial attachment for three years, one year at the college.
Q You went for your industrial what?
A Industrial, we call it the industrial attachment.
Q And what is that? Is that a degree?

A No. It's some kind of an apprenticeship. I will say apprenticeship.
Q And that, you did that for three years?
A For three years, yes.
Q And that included one year at the college?
A Plus. Three years, plus one year at the college.
Q And what were you learning to do?
A I was learning to do welding and fabrication of metals or iron, like the iron industry.
Q What is your date of birth, by the way?
A 2nd of July 1973.
Q Now, when did you finish your training at the Polytechnic College?
A I think 1998, April. April of 1998.
Q Okay. And did you work in Zimbabwe after you completed your training?
A The training we completed it, the whole training, including the industrial in September of 1998. And then I worked in Zimbabwe.
Q Okay. For how long?
A I would say between 1998, between September of 1998 to April of 2000.
Q And did you come to the United States in April of 2000?
A No. I came in May or June of 2000.

Q Have you been in the United States since that time to the present?
A No. I went there in around the same time, May or June of 2001.
Q So you were here for about a year, is that right?
A For a year. Then I went back, yes.
Q Okay. And how long did you go back for?
A From the, oh, I came back on the 5th of August 2001.
Q So you were in the United States from May or June of 2000 until June of 2001?
A Yes, sir.
Q Is that right?
A Yes.
Q And then you returned until August 5 of 2001?
A Yes, sir.
Q Now, where did you work between May and June of 2000 to May or June of 2001?
A To, between May and June of 2001, between May and June of 2000 to May and June of 2001, I worked at Avondale, Avondale Shipyard.
Q And where is that located?
A New Orleans.
Q And how long did you work there?
A For about a year.
Q What kind of work?

A Shipbuilding.
Q When you went back to Zimbabwe, did you work during that period between May or June of 2001 till August of 2001?
A No.
Q When did you come back to the United States the second time?
A That's 5th of August.
Q 2001?
A 2001, yes.
Q Have you been back to Zimbabwe since that time?
A No.
Q Have you been in the United States since August 5, 2001?
A Yes.
Q Are you, what is your citizenship status at the present time?
A I'm just on work permit.
Q When does your work permit expire?
A September of 2007.
Q Now, according to your answers to interrogatories, you worked for a number of companies before CCI, is that right?
A Before CCI, yes.
Q You worked for a small shipyard in Lafayette,

Louisiana for two months?
A Lafayette.
Q Yes?
A Yes, sir.
Q You don't remember the name, correct?
A I don't remember the name.
Q What type of work was that?
A Shipbuilding still.
Q And then you worked for a company called Worldwide Labor in Pascagoula, Mississippi, is that right?
A Yes, sir.
Q From August 8, 2002 to December of 2002, correct?
A Yes.
Q What, Worldwide Labor, what type of company was that, do you know?
A They supply labor, mostly in ship--- I understand in shipbuilding.
Q And from January 6th, 2003 to February 2003, you worked for J & M, Inc., is that right?
A Yes, sir.
Q And what type of --
MR. COLLINS: He had worked for them before, too, number, Number 5. You missed that one.
MR. CANNON: Oh, okay.
Q You worked for them previously from September of 2001

till August 2002, correct?
A Yes.
Q Is that a shipbuilding company?
A No. They supply labor.
Q Okay.
A Shipbuilding labor.
Q Is it, are they in the same business as Worldwide Labor?
A Yes, sir.
Q And then you worked for a company called Bollinger Marine from March of 2003 until September of 2003, is that right?
A Yes, sir.
Q Is that a shipbuilding company?
A Yes, sir.
Q So you worked directly for the shipbuilder?
A I worked direct, that's the only company I worked directly for.
Q Okay. And then you began to work for CC, Inc. on September 11, 2003, correct?
A 2003, yes, sir.
Q And you're presently at this time working for CC, Inc., correct?
A Yes, sir.
Q You're an employee of CC, Inc., correct?

A Yes, sir.
Q Now, why did you first become employed by CC, Inc.? Tell me about that.
A I was working at the, at Bollinger Marine. And because of the way they are at Louisiana, I hadn't gotten used to it too much. So I wanted it to change to another state where it was much better. Then I looked in the newspaper. I saw the ad for CCI, Inc., and I called them. And the first person I talked to was, I think it was Jacques. And he told me about working Rhode Island. So I talked to my cousin John, I mean my friend John Makamba. And then we, we got the job. I told you we got the job. We took the drug test, and we came over to Rhode Island.
Q Now, I'm sorry. What was it about Louisiana that you didn't like at that time?
A It was hot.
Q Oh.
A It's the weather. It's hot.
Q It the weather. Okay. I can understand that. When you called CCI, Inc., what did they tell you about the job or the jobs they had?
A They needed shipfitters. And, basically, that's what they called for, the experienced, at least, at least some experience. So we were qualified for the job.

A Yes, sir.
Q Now, have you received any training from CCI?
A No, sir.
Q Have you undergone any training at SENESCO since you've been working there?
A Yes, sir.
Q What training?
A I have gone through safety, safety orientation, which is getting introduced to the safety orientation at SENESCO. And I've gone through man lift training, overhead crane operations, forklift or fork truck, fork truck driving, and fire watch, being a fire watchman.
Q Fire watch?
A Fire watch, yes.
Q Anything else?
A Not that I remember of, but I have gone through several trainings.
Q Now, tell me about the training for, the man lift training.
A Man lift, you go through a class, a class of how to operate a forklift, checking the man lift and basically, basically, that. And then you go into the practical aspect of it.
Q How long is this class?

A It's usually between, at that time it was between 3:00 and 5:00. The first time that I went for the training it was between 3:00 to 5:00.

MR. COLLINS: Three to five hours or?

A No. 3:00 to 5:00. That's about two hours.

MR. COLLINS: Oh.

Q About two hours?

A Yes. The second time around, I can't really remember. But I think I went for this. When it expires, you go for another training.

Q Now, according to your answers to interrogatories, you were trained by Mr. Michael Scannell?

A Yes.

Q Is that right?

A Yes.

Q And that was on February 18, 2004?

A Yes.

MR. COLLINS: This was for the man lift?

MR. CANNON: For the man lift, yes.

Q And that was a two-hour class, correct?

A I think so.

Q All right. And then the next day you took an examination, is that right?

A Yes, sir.

Q And then did you pass the examination the first time?

A Total hours.
Q Including the next day?
A Including the next day, yes.
Q All right. Anything else?
A No.
Q Okay. Now, did you know Mr. Guillory, Patrick Guillory, before this accident?
A Yes.
Q How long, if you remember, had Mr. Guillory worked at SENESCO before the accident?
A As far as I could remember, from, I could only remember from time I had been working with him.
Q And how long had you been working with him before the accident?
A About, approximately two, between two and three weeks or four weeks, around that, that. Two weeks, I'd say between two and four weeks.
Q Did you work on the same crew with Mr. Guillory?
A Yes.
Q And did you work with him every day during that period?
A Every day, yes, sir.
Q So the accident was on June 15th, 2005, is that right?
A I think so, yeah.

Q So you had worked with him approximately a month before the accident, correct?
A Approximately, yeah.
Q Okay. Did you know Mr. Guillory before he began to work at SENESCO?
A No, sir.
Q Okay. Did you socialize at all with Mr. Guillory during the period he worked at SENESCO before the accident?
A Yes.
Q Okay. Were you friendly with Mr. Guillory?
A Yes, sir.
Q Now, do you know if Mr. Guillory had, to your knowledge, had received any training or instruction in operating this man lift before the accident?
A It's not up to me to know who has it and who doesn't have it. During at that time it wasn't for me to find out who has it and who hasn't. It's up to probably the supervisor, who puts you up to the task of a job that involves working with a man lift.
Q Okay. I understand what you're saying, but did you know if he had any instruction or not?
A No, I didn't know.
Q You did not know?
A I did not know.

Q All right. Now, what was the nature of the work you were planning to do at the time of the accident?
A Oh, that involved fitting brackets, fitting frame, transverse frame brackets. And it involved him, Mr. Patrick tacking, which is welding this temporary welding, and me just maybe cutting and doing, or helping each other move whatever need to be moved. In other words, we were working as like a team.
Q Okay. Had you worked as a team with Mr. Guillory before this accident?
A Yes.
Q Did you work as a team every day --
A Every day.
Q -- before the accident?
A Every day.
Q Had you been in a man lift with Mr. Guillory like the man lift involved in this accident before June 15th, 2005?
A I don't remember. I don't remember. Before working with Mr. Patrick Guillory, I don't remember.
Q Okay. So before this accident, the reason we're here today, you don't remember ever working with Mr. Guillory in a man lift, correct?
A Before the accident -- can you come again, sir?
Q Okay. Maybe I'm not being clear. Before this

accident where Mr. Guillory died on June 15th, 2005, did you ever work with Mr. Guillory in a man lift?
A Before that day, I worked with him in the man lift, yes.
Q You had done that?
A Yes.
Q Had you ever worked with him in the same man lift that was involved in this accident?
A Yes.
Q Okay. On how many occasions?
A I would say for at least, within that area for at least five days, within that area. 'Cause we kept, we had started somewhere, we were right -- this is mold, that was mold five. We had just finished consisting of similar brackets that we had just finished.
Q Another mold?
A Another mold, yes.
Q Did you work with Mr. Guillory on that mold?
A Yes.
Q Now, the man lift on the day of the accident, could you tell me how the accident occurred in your own words, to the best of your memory?
A We, we were fitting the transverse, transverse frames, like I explained before. And this, this

particular transverse frame, somebody had worked on it, had started working on it in the morning. And I think there was like a rain-out. And they went home, and we stayed. So when those guys left, I think it was a rain-out, or he got sick. The guy who was working it, he got sick and he went home. And we, we were working on another bracket. So when we finished the one that we were doing, I was supposed to go back. And because it was, I had to finish that one first before I could go to the next. So I had to go back and finish off that before we went to the next. So Jack, our supervisor Jack, Jack Mullen.

Q Jack Mullen?

A Jack Mullen.

Q Yes.

A He came over, and he said he wanted to see what we were doing. So I, I came down from the man lift that I was with Mr. Patrick Guillory. And I told him to just keep on doing whatever he wanted to do. But he said, "No. I will go up there and finish off cleaning up," which is grinding. So he took the other man lift that I was working on, and he went up there and he was finishing off grinding.

Q This is Mr. Guillory?

A That's Mr. Guillory by himself. He was, he was just by himself on the next man lift. So I went on another man lift with Jack. We went up there. I showed him everything. He said, "Okay. Keep going like you doing." So I, we went down. When I went down with the man lift, I told Patrick to join us. So when he joined us, we went up there on this transverse bracket. And after I had looked at it, we looked at it, and we discuss, oh, this how I'm going to do it. So I trimmed it. So I wanted to look on that, I mean, I use the come-a-long to pull it up. And I told him I had to check on the other side if the other bracket was lining up to where we wanted it to be. So he's on my, on my, this would be my right. And I'm on the left, and he got his foot on the -- like we were always working, he got his foot on the, on the what I would call the gas pedal or the switch, the foot switch, and I'm doing the controls. So we move, we move the man lift to where, at an angle to where we, I could see the, the other side of the transverse bracket. So he says, while I'm looking at it, I got the bracket right in there. And he's, the man lift is like at an angle. And he's on the other, on my right. I'm looking at it. As soon as I see that it's good, I was looking. I think it took me a

couple of, like, maybe a couple of minutes to look at it. So while I'm, while I'm looking at it, I looked back at the man lift is still moving. My hands are off it now. But I feel it --

Q You released your controls?

A Yeah, but I feel moving it.

Q Okay.

A I feel it moving. I'm, like, I, I -- it comes to me, he might have been on the controls moving it, or he was, he thought I still wanted to look some more. But when I look at it, when I turn my head to look at it, it's not his hands; it's his belly on the, on the travel switch right in between it. His eyes are starting to pop out. So the first instinct I'm like he probably had a heart attack. So 'cause he got his body covered on the, on the cover. He was so big. He had his body covered right on the, on the control, control thing like this. And I'm right at the corner. I'm looking, and I'm looking back. So since I feel it moving, the first instinct is let me reverse the direction of travel. So I try. He's, the travel switch is right on his belly button, right in between right there. And he's, he's coming down with like this. So I go try to, to pick him up. But he keeps coming down, and the weight is too much. So

that's when I started crying for help.

And the first person that I see who comes is Mr., another welding supervisor. His name is, I think, Earl. And Earl, he comes over there 'cause you can operate that man lift from the ground. He comes over there, and he's like fidgeting. And, like, he goes like, he don't understand how to, how to work it from the -- I yell at him, "You can work it from the ground. Pull it down from, reverse the operation from the ground." But it keeps going. That keeps jamming into, the way, the way that it had pinned him, it keeps going, trying to go, but it can't because he's pinned right in between the bracket and, and the, the control, the control dashboard. I would say to the dashboard.

Q So he was being pushed --

A He was being --

Q -- over the console from the bracket?

A From the bracket, yes, sir.

Q And --

A So he don't, he don't seem to know what's going on, how to control, to work the controls. So I --

Q This is Mr. Barden, Earl?

A Mr. Earl Barden.

Q Okay.