IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLISON MARIE DUNBAR GUILLORY Administratrix of the Estate Of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY,

Plaintiffs,

vs.

REASON GUKUTU and CHRISTIAN PERSONNEL, INC., d/b/a, CHRISTIAN CONSTRUCTION, INC.,

Defendants.

COPY

CASE NUMBER
C.A. 06-171-S

The deposition of **JACQUES MILLETTE** was taken before Nathalie S. Faggard, as Commissioner, on January 17, 2007, commencing at approximately 11:30 a.m. at the offices of Henderson & Associates Court Reporters, located at 5 North Royal Street, Mobile, Alabama.

Q And if you need to take a break or speak with your attorney, let me know, and we'll go off the record. Okay, sir?
A Yes, sir.
Q All right. Now, where do you live, sir?
A In Fairhope, Alabama.
Q And what is your address?
A It's 19095 Scenic Highway 98, Fairhope, Alabama.
Q And where are you employed?
A Christian Construction, Incorporated, CCI.
Q What is your position?
A I am a sales rep, recruiter.
Q How long have you worked for Christian Construction?
A It's about five and a half years now.
Q So, you started in the year 2001?
A I believe so. I got to -- yes.
Q 2001?
A I'm pretty sure. I know I've been with Jerome since he started. I'm not sure how long ago that was, but I'm thinking it's 2001.
Q When did CCI start?

A I'm not sure what happened there.
Q Okay.
MR. CANNON:
That's all I have. Thank you.

EXAMINATION

BY MR. COLLINS:
Q I just have a couple.
A Okay.
Q Mr. Millette, regarding the work at SENESCO, does CCI have any input into what the worker is doing?
MR. CANNON:
Objection. You can answer.
A No, sir.
Q Does CCI have any input into how the worker is performing his job at SENESCO?
MR. CANNON:
Objection. You can answer.
A No, sir.
Q Does CCI have any control over the worker

while he's working on a job at SENESCO?

MR. CANNON:

Same objection.

A No, sir.

Q So, is it fair to say that when a worker is on the job performing work, SENESCO has the control over the quality of the employee's work?

MR. CANNON:

Objection.

A Yes, sir.

Q And SENESCO has control over the actual work that is being performed?

MR. CANNON:

Objection.

A Yes, sir.

Q And SENESCO has control to hire or fire that worker?

MR. CANNON:

Objection.

A Yes, sir. Matter of fact, I think they were going to rehire Reason. As a matter of fact, I think he's going to start next week back at SENESCO. He is a good worker.

Q Reason Gukutu is still working there?
A He was working for a different company, but they requested -- see if I could get a hold of him. They wanted him back for next week, because they had two important guys that did not come back, and he was a leadman. So, he knows the work and they would like him back.
Q The work that the employee is performing, who assigns the work?
A SENESCO's foremen, SENESCO's people.
Q And do you, actually, go on site at SENESCO?
A No, sir.
Q When you deliver workers to SENESCO, describe how that occurs.
A Well, we usually go, and I'll introduce them to Paimino or whoever the human resources person is. And, then, they'll say, we got two welders here that need to go for a test. They'll get on the radio and call a foreman or somebody from the welding department, and they'd take them to the welding facility to test.
Q Okay. So, nobody at CCI is even present for the test, other than the employee being tested?

MR. CANNON:
Objection.
A Correct.
Q Now, does CCI provide any tools to the worker?
A No, sir.
Q All of the tools that the employee uses at the facility are either the employee's own or SENESCO's tools?
A Correct.
Q Now, how about is it fair to say that all of the work that is being performed by the employee is at SENESCO's site?
A Correct.
Q No SENESCO work is done in Mobile, Alabama?
A No, sir.
Q And CCI does not have an office in SENESCO other than, possibly, this desk that someone can use?
A That's it, yes, sir.
MR. COLLINS:
That's all.
MR. CANNON:
No questions. Thank you.
(Deposition was concluded at approximately 1:20 p.m.)

A I'm not sure what happened there.
Q Okay.
MR. CANNON:
That's all I have. Thank you.

EXAMINATION

BY MR. COLLINS:
Q I just have a couple.
A Okay.
Q Mr. Millette, regarding the work at SENESCO, does CCI have any input into what the worker is doing?
MR. CANNON:
Objection. You can answer.
A No, sir.
Q Does CCI have any input into how the worker is performing his job at SENESCO?
MR. CANNON:
Objection. You can answer.
A No, sir.
Q Does CCI have any control over the worker

while he's working on a job at SENESCO?

MR. CANNON:

Same objection.

A No, sir.

Q So, is it fair to say that when a worker is on the job performing work, SENESCO has the control over the quality of the employee's work?

MR. CANNON:

Objection.

A Yes, sir.

Q And SENESCO has control over the actual work that is being performed?

MR. CANNON:

Objection.

A Yes, sir.

Q And SENESCO has control to hire or fire that worker?

MR. CANNON:

Objection.

A Yes, sir. Matter of fact, I think they were going to rehire Reason. As a matter of fact, I think he's going to start next week back at SENESCO. He is a good worker.

Q Reason Gukutu is still working there?
A He was working for a different company, but they requested -- see if I could get a hold of him. They wanted him back for next week, because they had two important guys that did not come back, and he was a leadman. So, he knows the work and they would like him back.
Q The work that the employee is performing, who assigns the work?
A SENESCO's foremen, SENESCO's people.
Q And do you, actually, go on site at SENESCO?
A No, sir.
Q When you deliver workers to SENESCO, describe how that occurs.
A Well, we usually go, and I'll introduce them to Paimino or whoever the human resources person is. And, then, they'll say, we got two welders here that need to go for a test. They'll get on the radio and call a foreman or somebody from the welding department, and they'd take them to the welding facility to test.
Q Okay. So, nobody at CCI is even present for the test, other than the employee being tested?

MR. CANNON:

Objection.

A Correct.

Q Now, does CCI provide any tools to the worker?

A No, sir.

Q All of the tools that the employee uses at the facility are either the employee's own or SENESCO's tools?

A Correct.

Q Now, how about is it fair to say that all of the work that is being performed by the employee is at SENESCO's site?

A Correct.

Q No SENESCO work is done in Mobile, Alabama?

A No, sir.

Q And CCI does not have an office in SENESCO other than, possibly, this desk that someone can use?

A That's it, yes, sir.

MR. COLLINS:

That's all.

MR. CANNON:

No questions. Thank you.

(Deposition was concluded at approximately 1:20 p.m.)