**State of Rhode Island**
**MEMORANDUM OF AGREEMENT**

☐ PLEASE CHECK IF CORRECTION OF PRIOR REPORT

Department of Labor and Training, Division of Workers' Compensation
PO Box 20190, Cranston, RI 02920-0942 Phone (401) 462-8100 TDD (401) 462-8006

DWC No

Insurer File No 233733

| 1 EMPLOYEE | | 2 EMPLOYER | |
|---|---|---|---|
| FEIN | 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 | FEIN | 050477686 |
| Name | Patrick Guillory | Name | Senesco Inc |
| Address | 947 Jordan Street | Address | 10 Mcnaught Street |
| City, State, Zip | Opelousas, LA 70570 | City, State, Zip | North Kingstown, RI 02852-7414 |
| Phone | (401) 580-4263 Date of Birth 08/28/1959 | Phone/ Ext | (401) 295-0373 |

| 3 INSURANCE COMPANY NAMED ON WC POLICY | | 4 CLAIM ADMINISTRATOR. [X] SAME AS BLOCK 3 | |
|---|---|---|---|
| FEIN | 05-04586967 | FEIN | |
| Name | The Beacon Mutual Insurance Company | Name | |
| Address | One Beacon Centre | Address | |
| Address | | Address | |
| City, State, Zip | Warwick, RI 02886-1378 | City, State, Zip | |
| Phone/ Ext | (401) 825-2667 | Phone/ Ext | |
| RI License No | | RI License or Self-Insurance Number | |
| Injury Date | 06/15/2005 | List injured body parts and nature of injury | Death . |
| First date of first disability | 06/15/2005 | | |
| Place where injury occurred | North Kingstown, RI | | |

**5. DISABILITY TYPE** (check all that apply)

☐ Temporary Total as of
☐ Temporary Partial as of

[X] Death Benefits/Date of Death 06/15/2005
Payable to ARIEL & WINTER Guillory
☐ Permanent Total as of

**6 RATE INFORMATION** [X] Single ☐ Married

Number of Exemptions
AWW (include bonus/no OT) $395 00
Average Overtime Amount $128.13

AWW including Overtime $523 13
Spendable Base Wage $443.53
Base Compensation Rate $332.65

Number of Dependents 2
Weekly Dependency Rate $80.00
Total Weekly Rate $412.65

**7 DATE OF INITIAL PAYMENT** 6/21/2005

Does employee have other employers? ☐ Yes [X] No If yes, attach a wage statement from each employer

Is this a recurrence of a previous injury? ☐ Yes [X] No Previous disability end date

Has the employee worked at least 26 weeks prior to this recurrence? ☐ Yes [X] No If yes, a new wage statement is required

Signature [signature] Date June 24, 2005

Print Name Elizabeth Salhany
RI Adjuster License Number A17001069
Phone & Extension (401)825-2904

**NOTICE TO EMPLOYEES RECEIVING WORKERS' COMPENSATION BENEFITS**
**YOU MUST REPORT ANY EARNINGS** you receive to the Claim Administrator that pays your benefits Failure to report earnings may subject you to civil or criminal liability *Your endorsement on a benefit check is your statement* that you are qualified to receive workers' compensation benefits You are NOT entitled to receive workers' compensation benefits for any time that you are imprisoned as a result of a criminal conviction

**ATTACH WAGE STATEMENT(S) AND DEPENDENCY FORM**

DWC02_V1 *For instructions visit our web site www dlt ri gov/wc*