Volume I
Pages 1-44

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. No. 06-171-S

ALLISON MARIE DUNBAR GUILLORY; :
Administratrix of the Estate :
of Patrick Guillory, and as :
Parent and Next Friend of :
WINTER LAPATRIA GUILLORY and :
ARIEL JU'NEA GUILLORY, :
Plaintiffs, :
:
vs. :
:
REASON GUKUTU AND CHRISTIAN :
PERSONNEL, INC. d/b/a CHRISTIAN :
CONSTRUCTION, INC., :
Defendants. :

DEPOSITION of ALLISON MARIE DUNBAR GUILLORY, a witness in the above-entitled cause, taken on behalf of the Defendants, before Barbara M. Montijo, RPR, Commissioner in and for the State of Rhode Island, at the offices of Decof & Decof, One Smith Hill, Rhode Island, on October 26, 2006, scheduled at 3:00 p.m.

DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
One State Street
Boston, MA 02109
(617) 742-6900

ORIGINAL

Q. How long will you get the Workers' Comp.
benefits?
A. Until each child makes 18 years old.
Q. When Ariel reaches 18?
A. That's it.
Q. Winter's the youngest?
A. When Ariel makes 18 years old, that's it for her
and Winter will receive it until she makes 18.
Q. Is it divided equally?
A. Yes.
Q. 209 for each?
A. Yes.
Q. Do you know -- no other benefits?
A. And his Social Security.
Q. How much do you get from that?
A. 5 something. I'm not...
Q. That would be per month?
A. Yes.
Q. Do you know if -- was any claim filed with the
longshoremen's?
A. No. I think we had to get one or the other and
it's because we were receiving Workman's Comp.
Q. On Number 10 there are a number of addresses, I
assume that's where Patrick lived?

my job -- which my job is in the back of my mom's house. So, we would always stop and we was always going that way. We was like two blocks down from one another. So, we was always going that way and we would always stop.

Q. How long would these visits be?

A. 20, 30 minutes. Sometimes just to come sit down and watch TV.

Q. Did Winter ever sleep over Patrick's?

A. Yeah. I didn't send one. I sent both.

Q. Now, you're presently receiving Workers' Comp. as a result of his death?

A. Yes.

Q. How much do you receive?

A. 418 and I can't remember what the cents is.

Q. That's per week?

A. Per week.

Q. How often do you get checks? Is it every week?

A. Every week.

Q. I thought they sent it every other week?

A. No.

Q. I don't know. Now, I understand you didn't pay for the funeral?

A. No. His oldest daughter was in charge.