**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALLISON MARIE DUNBAR GUILLORY, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY | : | |
| vs. | : | C. A. NO.: 06-171-S |
| REASON GUKUTU and CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION INC. | : | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ASSENTED TO)**

Plaintiffs hereby request an extension of time, up to and including April 13, 2007, to file a Memorandum in Support of Objection to Defendant's Motion for Summary Judgment.

As a basis therefore, Plaintiffs state that due to his current workload and the issues raised by Defendants in their motion, Plaintiffs' counsel has been unable to complete the Memorandum in Support of Motion of Objection to Defendants' Motion for Summary Judgment.

Defendants' counsel has assented to this motion.

**WHEREFORE**, Plaintiffs respectfully request that their Motion to Extend the Time to File Memorandum in Support of Objection to Defendants' Motion for Summary Judgment to April 13, 2007 be granted.

ALLISON MARIE DUNBAR GUILLORY,
Administratrix of the Estate of Patrick
Guillory, and as Parent and Next Friend of
Winter Lapatria Guillory
and Ariel Ju'Nea Keon Guillory

By their Attorneys,

Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
vtc@decof.com

/S/Vincent T. Cannon
Vincent T. Cannon #2324

**CERTIFICATION**

I hereby certify that I served the within document by electronic filing to the following counsel of record: **Robert E. Collins, Esq.,** rcollins@clinmuzyka.com, on the 2nd day of April, 2007.

/S/Vincent T. Cannon