**EXHIBIT 1**

# C C,I

**Christian Construction, Incorporated**
**5743 Three Notch Road**
**Office (251) 666-6655 Fax (251) 666-6694**
**Toll Free (800) 710-6655 Cell (251) 583-1981**

September 3, 2003

Mr. Jim Semmens
Purchasing
SENESCO

Jim:

As per our conversation, CC,I will provide all skilled trades to SENESCO for $29.15 dayshift, $30.50 night shift, compound rate with seven (7) day payment terms.

CC,I will also provide the following:

* Pulmonary function, respirators (3M half mask) and respirator fit testing to all welders
* Five (5) panel drug testing to all CC,I employees
* Workers with hand tools for their trade / skill
* Background information (work history) on all CC,I employees prior to start date

After 520 hours, SENESCO will have the option to hire CC,I employees direct with the provision that CC,I can replace each of these men with a new hire. The exception to this is the CC,I Coordinators / Managers.

Currently, CC,I is actively recruiting (newspaper ads, etc.), to find employees from the northeast that SENESCO can hire direct after the 520 hour period.

As of Wednesday, September 3, 2003, CC, I have 15 men ready to work.
As of Monday, September 8th, CC,I will have 20 men (10 welders, 10 fitters) ready to work at 7 AM.
Please advise with contact information.

CC,I can deliver 25 men for every seven (7) days notice

CC,I now has a Safety company that will answer any questions your company has regarding CC,I's employees. The contact information is as follows:

Office (251) 661-7650; fax (251) 666-0332
Carmen handles all Workers comp claims and info
Rob Cowden (251) 421-0435, cell phone, handles all safety inspections, questions, training, etc.

SENESCO has the right to terminate any employee with union involvement.

CC,I guarantees our employees for eight (8) hours. If SENESCO is not satisfied within that eight (8) hour period, they will not be charged.

Jerome Christian
President

Jim Semmens
Purchasing

PLAINTIFF'S EXHIBIT
1
2-5-07