EXHIBIT 3

SENESCO MARINE
Proudly Made American Built

June 28, 2005

# ACCIDENT REPORT FOR FATALITY ON JUNE 15, 2005; Rev A

**EVENT**:
AT 12:40 A PAGE WAS SENT TO MICHAEL SCANNELL'S (DIR OF SAFETY) NEXTEL INFORMING HIM OF AN INJURY. THE SUPERVISOR AT THE SIGHT, EARL BARDON, WAS REQUESTING ASSISTANCE. 911 WAS CALLED AND A RESCUE AND FIRE ENGINE SUPPORT REQUESTED. MICHAEL SCANNELL (FIRST AID RESPONDER) CALL THE HEATH NURSE ANNE BROWN FOR ASSISTANCE, INITIAL ASSESSMENT FROM THE NEXTEL COMMUNICATION WAS AN INJURY OF TWO WORKERS AT THE STERN OF THE 44 BARGE.

MICHAEL SCANNELL GOT TO THE SEEN @12:45 AND OBSERVED TWO AREAS OF POTENTIAL EMPLOYEE INJURIES. THE FIRST WAS A WORKER, REASON GUKUTU CRYING AND VERY UPSET. THE SECOND WORKER, PATRICK GUILLORY, WAS DOWN WITH BLOOD COMING FROM HIS MOUTH.

EARL BARDON (FIRST AID RESPONDER) INFORMED ME THAT HIS INITIAL ASSESSMENT WAS THAT GUKUTU WAS IN SHOCK AND THAT GUILLORY WAS THE INJURED WORKER. MICHAEL SCANNELL CONCURRED WITH THE ASSESSMENT AND STARTED ADDITIONAL AID TO THE SITUATION. AT THIS TIME ANNE BROWN (HEALTH NURSE – RN) WAS AT THE SEEN (APPROX 12:50). ANNE BROWN TOOK OVER THE FIRST AID AND MICHAEL SCANNELL CHANGED ROLLS TO ACCIDENT COORDINATOR.

PETER PELOQUIN (HEAD RIGGER) HAD ALREADY BEEN CALLED TO GET A YARD CRANE AND STOCKS BASKET READY FOR THE INJURED WORKER.

THE NORTH KINGSTOWN FIRE DEPARTMENT (NKFD) AND RESCUE PERSONNEL ARRIVED AT APPROXIMATELY 12:58. THE EAST GREENWICH EMT SQUAD SUBSEQUENTLY ARRIVED (TIME UNKNOWN) AND WENT TO ASSIST NURSE ANNE BROWN AND THE FALLEN WORKER.

THE NKFD INDICATED THEY WOULD USE THEIR STOCKS BASKET INSTEAD OF SENESCO'S WHICH WAS IN THE FINAL STAGE OF PREPARATION. RIGGING HAD TO STOP AND CHANGE OVER TO THE NKFD EQUIPMENT. AFTER THE NKFD STOCKS BASKET SET UP WAS COMPLETE, THE NKFD CHANGED ITS MIND AND

DECIDED TO USE IT'S LADDER TRUCK. THE CRANE WAS MOVED OUT OF THE AREA AND THE NKFD LADDER TRUCK WAS POSITIONED AT THE EDGE OF THE STERN.

THE EAST GREENWICH EMT STABILIZED THE WORKER AND STARTED TO BRING GUILLORY TO THE EDGE. THE NKFD FIRE DEPARTMENT THEN CHANGED THE PLAN AND DECIDED TO USE THE YARD CRANE AND NKFD STOCKS BASKET. THE NKFD LADDER TRUCK HAD TO BE REMOVED AND THE YARD CRANE RE-POSITIONED; THIS SEQUENCE OF EVENTS LASTED APPROXIMATELY 30 MINUTES.

BOTH GUILLORY AND REASON WERE TAKEN TO DIFFERENT HOSPITALS VIA 2 SEPARATE EAST GREENWICH AMBULANCES.

**PRELIMINARY INVESTIGATION:**

TWO WORKERS WERE WORKING IN A JLG MANLIFT. AS THE LIFT BASKET WAS BEING PLACED IN THE WORK POSITION / AREA, A WORKER WAS PINCHED BETWEEN THE LIFT AND A STEEL GUSSET (BEAM). THE MANLIFT MOVED TOWARD THE STERN AND THE GUSSET INITIALLY STRUCK THE BACK OF PATRICK GUILLORY AND IT IS BELIEVED THAT THIS STARTED TO PUSH THE WORKER FORWARD. THE WORKER THEN BENT IN THE DIRECTION OF MOVEMENT, PRESSING HIM BETWEEN THE MANLIFT CONTROL PANEL AND THE STEEL GUSSET. THE MEDICAL EXAMINER REPORT INDICATED DAMAGE TO THE LIVER. IT IS BELIEVED THAT THE JOY STICK CONTROLLER PRESSED INTO THE WORKER CAUSING THIS INTERNAL DAMAGE. AS THE WORKERS BODY MOVED FORWARD IT COVERED THE CONTROL PANEL (LARGE WORKER). ACCESS TO THE EMERGENCY STOP SWITCH WOULD HAVE BEEN CLOSE TO IMPOSSIBLE TO ACTIVATE UNDER THESE CONDITIONS.

**OBSERVATIONS:**

- THE MANLIFT SPEED CONTROL WAS FOUND IN RABBIT MODE. IN THIS TIGHT LOCATION THE LIFT SHOULD HAVE BEEN IN TURTLE MODE.
- THE MANLIFT APPEARED IN GOOD MECHANICAL ORDER. AN INDEPENDENT INSPECTOR WILL BE CHECKING THE LIFT FOR ANY DISCREPANCIES.
- THERE IS NO OSHA REQUIREMENT FOR MANLIFT LICENSES AS THE LIFTS ARE USED AT SENESCO. HOWEVER, SENESCO BELIEVES IN EMPLOYEE TRAINING OF ALL YARD MECHANICAL EQUIPMENT. SENESCO IS USING A COMBINED TRAINING CLASS FROM J.J.KELLER AND GENIE INDUSTRIES, AS WELL AS A HANDS-ON PRACTICAL TEST. FAILURE OF THE PRACTICAL TEST RESULTS IN ONE-WEEK OJT AND THEN TEST RETAKE. OJT CONTINUES UNTIL THE INDIVIDUAL PASSES THE PRACTICAL TEST.
- REASON GUKUTU (A CONTRACTOR WORKER FROM CCI), WAS THE CERTIFIED OPERATOR AND TRAINED BY SENESCO. REASON WAS A

CONTRACTOR AND HAS WORKED FOR SENESCO A FEW TIMES IN THE PAST 3 YEARS. HE HAD BEEN THROUGH THE MANLIFT TRAINING TWICE.

- PATRICK GUILLORY, WAS HIRED AS A LABORER AND HAD COMPLETED ABOUT ¾ OF HIS MANLIFT TRAINING. HE WAS AUTHORIZED TO BE A PASSENGER IN MANLIFTS.
- JACK MULLEN (SUPERVISOR) HAD JUST COMPLETED HIS JOB SITE REVIEW TO REASON 15 MINUTES BEFORE THE ACCIDENT. IN THIS REVIEW THE SUPERVISOR EXPLAINED THE JOB AND THE HAZARDS.
- WE HAVE CONFIRMATION THAT TWO WORKERS WERE USING THE CONTROLS. ONE WAS USING A SAFETY FOOT PEDAL AND THE LIFT MOVEMENT (GUILLORY) AND THE OTHER THE BASKET ROTATION, TILT AND HEIGHT ADJUSTMENT (GUTUTU). THIS IS NOT AN AUTHORIZED MANNER TO USE THE MANLIFT. THIS ACTION WAS UNSAFE AS ONE OPERATOR MUST BE IN CONTROL OF THE MANLIFT AT ALL TIMES.
- THE TIME TO GET GUILLORY OFF THE BARGE TOOK LONGER THAN EXPECTED AND ADDITIONAL TRAINING BETWEEN NKFD AND SENESCO IS PLANNED.
- REASON GUKUTU STATED THAT:
  - THE TWO WORKERS WERE OPERATING THE MANLIFT DUE TO THE LARGE SIZE OF THE OTHER WORKER. HE COULD NOT GET TO THE CONTROLLERS EASILY.
  - AFTER PATRICK GUILLORY WAS PINCHED BETWEEN THE MANLIFT AND THE STEEL BEAM, THE CONTROLS DID NOT WORK AND HE COULD NOT REACH THE EMERGENCY STOP
  - ***IT IS BELIEVED THAT AS THE WORKER WAS PINCHED, HIS FOOT LEFT THE SAFETY FOOT PEDAL, WHICH SUBSEQUENTLY DE-ENERGIZES ALL REMOTE BASKET CONTROL OPERATIONS.***
- REASON GUKUTU WEIGHED 155 POUNDS, PATRICK GUILLORY WEIGHED 273 POUNDS, AND THE PPE/TOOLS IN THE MANLIFT WAS APPROXIMATELY 20 POUNDS. TOTAL WEIGHT WAS 448 POUNDS, WHICH IS WITHIN THE ALLOWABLE MANUFACTURER RATED 500-POUND LIMIT.

**MANLIFT INSPECTION**

- DIVERSIFIED INSPECTIONS PERFORMED AN INDEPENDENT INSPECTION OF THE MANLIFT USED DURING THE ACCIDENT. THEY FOUND 4 ITEMS WHICH WERE CAUSE FOR REJECTION. TWO WERE MINOR AND THE OTHER TWO REQUIRED ADDITIONAL REVIEW.
  - PLATFORM ROTATION IS NOT WORKING PROPERLY. PLATFORM WILL NOT ROTATE TO LEFT.
  - ***THE PLATFORM WAS ROTATING FINE BEFORE THE CRAIN WAS USED TO GET THE LIFT OUT OF THE TANK. MANY TIMES AFTER A LIFT THE SENSORS GET MISALIGNED CAUSING THIS CONDITION.***
  - UNIT DRIVE SPEED DOESN'T CHANGE SPEED DIAL IS TURNED UP OR DOWN.

- ***THE JLG HAS MULTIPLE SPEED FUNCTIONS, HOWEVER, THE HIGH / LOW SPEED KNOB ONLY HAS TWO SPEEDS. THE VARIABLE SPEEDS ARE THEN CONTROLLED BY THE JOY STICK. THIS INSPECTOR DID NOT KNOW THIS NEW FUNCTION IN THIS JLG LIFT. THERE IS NOT ISSUE HERE.***
- SAFETY HARNESS NOT PRESENT IN PLATFORM.
- ***THE WORKER INVOLVED IN THE ACCIDENT WAS WEARING THE HARNESS AND THE PPE IS BEING KEPT FOR OSHA INSPECTIONS.***
- PLATFORM HANDRAIL IS SLIGHTLY BENT INWARD ALSO SIDE TOP HANDRAIL HAS CUT INTO LACING (PIPE). AREAS ARE MARKED IN BLACK.
- ***THE BEND IN THE HAND RAIL WAS CAUSED BY NORMAL OPERATION AND THE CUT IS ACTUALLY A BURN HOLE CAUSED BY HOT WORK OPERATIONS.***

***IT IS BELIEVED THAT THESE ISSUES DID NOT ATTRIBUTE TO THE ACCIDENT OR FATALITY. SEE ATTACHED INSPECTION SHEET FROM DIVERSIFIED INSPECTIONS ITL.***

**CORRECTIVE ACTIONS**

- ALL EMPLOYEES WILL BE RETRAINED ON THE OPERATIONS OF USING A MANLIFT; WHEN TO USE TURTLE SPEED, WHEN RABBIT SPEED IS ALLOWED, REITERATE THAT ONLY ONE WORKER IS IN COMMAND OF THE CONTROLS OF THE MANLIFT AND REVIEW BASIC SAFE OPERATING PROCEDURES.
- ALL TWO-MAN TEAMS WILL BE REVIEWED FOR ERGONOMICS.
- ADDITIONAL WORK WITH NKFD TO IMPROVE RESCUE OPERATIONS.
- PRE-USE INSPECTION PROCEDURES HAVE BEEN CHANGED TO INCLUDE MINOR BURN HOLES AND ANY DAMAGE TO THE SAFETY RAILS.

NOTE: THIS ACCIDENT INVESTIGATION IS CLOSED UNTIL OSHA REPORT ITS FINDING TO SENESCO.

MICHAEL SCANNELL
DIR OF SAFETY

ED KRACUNAS
SR VP OF REPAIR AND QUALITY CONTROL
(INTERNAL ACCIDENT INVESTIGATOR)