EXHIBIT 4

SENESCO MARINE
Proudly Made American Built

September 26, 2005

To: Mary Hoye, OSHA
From: Michael Scannell, Dir Of safety Senesco Marine Inc.

Subject: Citation 307573691 date 9/01/2005

Senesco Marine Inc. is being cited under the General Duty Clause due to a fatality on June 15, 2005. Two men were operating a Manlift and one worker was pinched between the steel and the Manlift.

The citation addresses how two workers on a JLG platform were both operating the controls and without one operator in control; the resultant action was a crushing hazard.

Senesco Marine Inc. has a few items that should be addressed before the fine is resolved.

First the General Duty Clause is used to cover hazards that are not clear or have not been addressed by any other standard. There are standards for Manlift operations. But OSHA has decided not to impose them to shipyard workers. Senesco Marine Inc. believed that the training and guidelines in this standard would benefit our workers and implemented this training program. It is our goal to go above the standards. Since this our action we do not believe the General Duty Clause applies here.

Second, the operators were working in concert, as one operated all the controls and the other the power switch. This is not normal procedures and is not authorized by Senesco Marine Inc., but from a pure risk assessment point of view this operation may be argued either way as to being safe or unsafe. The worker who controlled the bucket had access to the stop button, lift angle, and lift speed and height; which are the functional operations of the lift. The second operator just controlled the main power switch.

The injury and subsequent death was related to employee misconduct. The worker operated the lift when not trained and certified by Senesco Marine Inc. He made the decisions to bypass company procedures. Senesco Marine Inc. has the highest regard for personnel life and has multiple training and certification programs to insure our safety policies. We believe the General Duty Clause does not apply here.

SENESCO MARINE
Proudly Made American Built

USDOL-OSHA
REGION 1-PROVIDENCE
RECEIVED
2005 OCT -4 AM 10: 34

September 26. 2005

To: Mary Hoye, OSHA
From: Michael Scannell, Dir Of safety Senesco Marine Inc.

Subject: Citation 307573691 date 9/01/2005 --- SUMMARY SHEET

After our informal meeting with Robert Sestito, OSHA we agreed upon a settlement of a $5000.00 fine and clarification of Manlift Training. The following action was taken by Senesco Marine Inc. during the last 2 weeks in June 2005. All workers who have been certified to use manlifts were retrained on the basic safety issues of manlifts, the standard rules of when to use Rabbit speed vs Turtle speed and most of all that the lift requires that one worker be the operator at all times; No sharing the controls.

Senesco Marine Inc. training program has always consisted of the following: All new workers go through the 2-½ hours of classroom training and exam. Plus 2 weeks of OJT, then a practical. After passing all phases an in-house license is given to the worker. Experienced new workers (contractor from other ship yards) can take the practical after they pass the test given in the 2-½ hour classroom training. If they pass, OJT is not needed.

Senesco Marine Inc. added a few additional steps to the practical; see attached sheet.

With the delivery of this letter and check we believe we have completed our agreement made on September 26, 2005.