EXHIBIT 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALLISON MARIE DUNBAR GUILLORY
Administratrix of the Estate of
Patrick Guillory, and as Parent
and Next Friend of WINTER
LAPATRIA GUILLORY and ARIEL JU'NEA
KEON GUILLORY

VS. C.A. NO. 06-171-S

REASON GUKUTU and CHRISTIAN
PERSONNEL, INC. d/b/a CHRISTIAN
CONSTRUCTION, INC.

DEPOSITION OF **DONALD JEROME CHRISTIAN**, a Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Jeanne M.S. Derham, RMR, Approved Reporter in and for the State of Rhode Island, at the offices of Decof & Decof, P.C., One Smith Hill, Providence, Rhode Island on February 5, 2007, at 2:00 p.m.

APPEARANCES:

Decof & Decof, P.C.
BY: VINCENT T. CANNON, ESQ.
Counsel for the Plaintiff

Clinton & Muzyka, P.C.
BY: ROBERT E. COLLINS, ESQ.
Counsel for the Defendant

REPORTING ASSOCIATES
SHORTHAND REPORTERS
10 DORRANCE STREET
PROVIDENCE, RI 02903

# INDEX


| DEPOSITION OF DONALD J. CHRISTIAN | PAGE |
|---|---|
| EXAMINATION BY MR. CANNON | 3 |
| EXAMINATION BY MR. COLLINS | 90 |


## EXHIBITS


| NO. | PLAINTIFF'S FOR IDENTIFICATION | PAGE |
|---|---|---|
| 1 | Unsigned Agreement | 41 |
| 2 | Signed Contract | 53 |
| 3 | Purchase Order | 54 |
| 4 | Employee Leasing Agreement | 56 |
| 5 | Email | 72 |
| 6 | Agreement of 12/1/05 | 77 |
| 7 | Amendment | 81 |

20, 30 the first year. It was up and down. Really I've only -- it's not accurate. It wasn't very many the first few years. It was -- I might have had 20 there at a time for a few months and go home for a few months, come back with 20. It wasn't really a whole lot of business.

Q. Did that change over time?

A. Yeah, over time it has, yeah.

Q. Have you provided more and more skilled labor to SENESCO?

A. Now I'm up to about 70 now. I think currently that's how many we have, close to that number.

Q. What types of steel do you work in?

A. Whatever the shipyard says -- whatever the shipyard -- the shipyard tests and trains them and the shipyard decides where they go; and where the shipyard determines their ability is, then that's the position they hold. It's totally their determination.

Q. You provide the skilled laborers to other shipyards, correct, besides SENESCO?

A. Yes.

Q. How many shipyards do you presently provide

employees to?
A. I don't know, maybe 15.
Q. 15 total?
A. Yes, possibly, yes.
Q. And where are they located, what states?
A. Just about the whole East Coast. They're all from the East Coast. I have one little job in Portland, Oregon and that's the only job I have other than the Eastern Gulf Coast.
Q. How many skilled laborers do you currently provide?
A. We provide 350 right now.
Q. About 350?
A. Yes.
Q. What types of work do these skilled laborers do?
A. They do all steel trades so most aspects of fitting and welding steel, whether it be pipes or plate, all different categories.
Q. Do you have the same arrangement with the shipyards or does it vary from shipyard to shipyard?
A. Basically the same arrangement.
Q. What is, if you could tell me in as few terms as possible, what is the general relationship

between CC, Incorporated and the shipyard that employs these laborers?
A. When the shipyard runs into a spike and has a spike workload, they call me for supplemental crafts. They tell me to screen and bring "X" amount of workers to them and they will decide if they will be hired or not and if they okay them, they say they're qualified, then they take them and they pay me an hourly rate and the employees are paid by me.
Q. Now, do you withhold taxes from their checks?
A. Yes.
Q. Do your employees file W-4 forms?
A. Yes. They're regular employees, yes, sir.
Q. Does CC, Incorporated provide any benefits to these employees --
A. No.
Q. -- such as health insurance?
A. No.
Q. Is health insurance available to the employees?
A. I have health insurance available to them not through my company but there is a plan that's offered and I'm not too familiar with it. It's an HMO plan. I'm really not too

familiar with it. My Vice-President kind of sets that up for the employees. It's available. It's not through CC, Inc. We help them get it but it's not a CC, Inc. plan.
Q. Now, do you provide Workers' Compensation coverage for these employees?
A. Yes.
Q. That's paid for by CC, Incorporated?
A. Right, through AIG.
Q. You provide temporary housing for these employees?
A. I advance it to them. They pay everything themselves. I don't pay for anything. I advance them their lodging, transportation and meals and then they pay it all back. I don't provide anything.
Q. You set them up in housing when they come up to Rhode Island, for example?
A. I found a hotel for them and I'll advance their first two weeks lodging to them and then after that they're on their own and then they have to pay me back for the two weeks I advanced them. The rooms are in their names, not in my name.