time. I only had three employees at that time so I remember giving him directions to come to Rhode Island.

Q. Who was employed by you at that time in the home office?

A. Jack and my mother and mother-in-law.

Q. Did you check out Mr. Gukutu's employment history?

A. I would say yes, I'm sure we did but I don't have a personal memory of it.

Q. My question is would you do that or did Jack do that or did someone else do that?

A. I don't recall.

Q. Have you ever seen any documentation of checking out his background?

A. When? Presently?

Q. At any time.

A. Other than the hire date in '02, no, not that I know of. I haven't any reason to go back and look but, no, I don't know. I haven't looked at his file, no.

Q. Would his file contain notations that his prior employers had been contacted?

A. His file should contain a resume. It should contain prior employers. I have moved

offices about three times since then so I've gone from a small company to a big company since then so it wouldn't surprise me if a lot of things were lost. I'm not saying we don't have it. I'm saying we've moved several times.
Q. You haven't looked for it; right?
A. No, not personally, no.
Q. Now, when Mr. Gukutu was hired, was he hired to do work in Rhode Island at SENESCO?
A. Yes.
Q. What were the terms of his employment at that time?
A. Temporary.
Q. Any particular period of time?
A. No. As long as they needed him. Whatever they say time frame to go, we pick them up and take them.
Q. How did he get up to Rhode Island?
A. He drove.
Q. Did he drive alone?
A. No, he had one other person with him, another -- I can't remember his name. I know there were two of them.
Q. Now, Mr. Gukutu is African; correct?

A. I don't really know. He's from some other origin.
Q. Do you know if he was trained in Africa?
A. No, I don't. I wouldn't know.
Q. How long had he been in the United States when you hired him?
A. I don't know.
Q. Do you know how long he had worked in the United States when you hired him?
A. I don't remember, no.
Q. How many CC,I personnel or employees had been placed at SENESCO at the time you hired Mr. Gukutu?
A. Not many. He's one of the first to be brought here.
Q. What was his job at SENESCO, what was he going to do there?
A. I don't remember. Fitter or welder, I really don't remember.
Q. You mentioned another company by the way, U.S. Ship?
A. Yes.
Q. That is a different company?
A. Yes.
Q. Do you provide skilled laborers for that

company?

A. Yes.

Q. Are they -- what do they do, what's the business of U.S. Ship?

A. They do tug boats.

Q. How many laborers do you provide to U.S. Ship at the current time?

A. About 12, I think.

Q. How long have you had a contract with U.S. Ship?

A. Not long, this year, maybe a year, one year maybe.

Q. Do you do any drug testing on your skilled laborers?

A. Yes.

Q. Alcohol testing?

A. Yes.

Q. Is that done in Alabama?

A. Yes, it's done in Alabama, yes.

Q. Is that a requirement before they're sent out?

A. It's also done here in Rhode Island. It's either done in Alabama or Rhode Island or both.

Q. What about physical examinations?

A. Yes, here in Rhode Island.
Q. That's done once they come up?
A. It's done before they're hired here on the site in Quonset Point, at the doctor there at Quonset Point recommended by the shipyard.
Q. Who pays for the physical?
A. I do.
Q. Is it done on the SENESCO grounds?
A. No. It's on Quonset Point, in that area.
Q. Not at the shipyard?
A. No.
Q. Who pays for the drug testing?
A. I do.
Q. Is that done on the shipyard grounds?
A. No, at the doctor's.
Q. Is that done at the same time as the doctor examination?
A. Yes.
Q. Does Christian provide any training of its labor force?
A. If requested by the customer, yes.
Q. How about with SENESCO, have you or do you provide any training to skilled laborers you provide to SENESCO?
A. No. They don't want it.

Q. Who do you deal with at SENESCO?
A. I deal with purchasing.
MR. COLLINS: At what time? It has changed.
MR. CANNON: Let's say at the present time.
A. Explain deal with. You mean who I deal with -- who am I paid by? Who do I get orders from?
Q. I'll try to be clearer. Let's do it step by step. Do the skilled labor employees at SENESCO provide records of their time to you directly or to someone else at SENESCO?
A. SENESCO provides --
MR. COLLINS: I assume you mean skilled workers of CC,I?
A. Skilled workers of CC,I, time is kept by SENESCO and then every Monday SENESCO sends me their time. It's sent by SENESCO to me.
Q. Then what happens?
A. And then I do the payroll from there. Then I send the paychecks out.
Q. Who do you send the payroll to?
A. When there is a coordinator, I send it to the coordinator. He hands them out at the hotel.

Sometimes there is no coordinator.
Q. Have you always had a coordinator at the SENESCO site or near the SENESCO site?
A. Yes. We went I believe times without it but not really long.
Q. That's been true since 2002?
A. Yes.
Q. So the checks would go directly to the coordinator and then the coordinator would hand them out?
A. Correct.
Q. Who does the -- who reports the time at SENESCO to CC,I? Is there one person involved in that?
A. Whoever does their time keeping, SENESCO's time keeping.
Q. Now, presently, is there one person at SENESCO who would call you and tell you they needed some laborers to come down?
A. It changes. Currently I know them so well it's supposed to come from purchasing and that's the way it should be, is through purchasing. It's supposed to be one person but they always change in management and it's just such a whirlwind there all the time.

Sometimes it's the superintendent that calls me instead of the actual purchasing director so it's a couple of different people at SENESCO could be at any time calling me.
Q. Who is the superintendent at the present time?
A. I can't know his name right offhand. I don't really deal with him too much.
Q. Is there someone at CC,I that would take the call from SENESCO when they needed more people?
A. Yes. It's usually -- it's supposed to be -- the correct procedure is purchasing is supposed to call me personally and give me the order but when they're going through -- they're going through new government all the time, so now Jack is the main coordinator. He mainly runs that job and the superintendent would usually call him and then he comes to me and says they need "X" amount of people there. So Jack is getting orders today, right now; and, like I said, it changes every day there.
Q. Have you ever had -- strike that. Let me show you some documents. I'll have them

marked as we go through them. Exhibit One.

(Unsigned agreement was received in evidence as Plaintiff's Exhibit No. 1 for identification.)

Q. This is an unsigned agreement between SENESCO and CC,I. Have you seen this document before?

A. Yes.

Q. Have you seen it recently?

A. Yes. This is one I saw today.

Q. This is an agreement between CC,I and SENESCO; correct?

A. Correct.

Q. This is the first agreement we've been provided in this case. Do you know if there are any agreements before this one?

A. I don't think so.

Q. Who drafted or wrote this agreement?

A. I got it from somewhere. I don't remember where I got it. I used it from -- I just took it from -- I don't remember who drafted this for me. I can't remember if my attorney did it or if it was -- this might have been a contract that I used from the company I ran before. I can't remember. This is an old one. I don't use this anymore.

Q. Did you have an attorney at the time this was prepared?
A. This one, no.
Q. You did the legal work yourself basically?
A. Yeah. This is a generic contract. Actually, this contract was drawn up by SENESCO. SENESCO drew this contract up and sent it to me to be signed, yes. I think SENESCO. I think. I could be wrong, though.
Q. That's your best memory now?
A. I think so. I'm really not sure about that.
Q. Let me go back to some questions about this agreement. It indicates that CC,I would provide all skilled trades to SENESCO for $29.15 dayshift and $30.50 night shift; is that right?
A. $29.15 day shift.
Q. And $30.50 night shift; is that right?
A. Right.
Q. Now, that would be a rate you would charge; correct?
A. Correct.
Q. Or CC,I would charge?
A. Uh-hmm.
Q. And how much would you pay your skilled

trades at SENESCO?
A. In '03? I don't remember.
Q. It would be something less than $29.15; correct?
A. Yes.
Q. Then the next paragraph indicates that CC,I would provide pulmonary function respirators and respirator fit testing for all welders; is that right?
A. Correct.
Q. Now, the respirators, are those respirators they would wear on the job?
A. Correct.
Q. You would provide that piece of equipment to them; correct?
A. I would provide the mask. SENESCO actually provides the respirator. All I provide is the rubber mask. SENESCO provides the actual respirator. That was back then. Now I don't provide anything. SENESCO provides everything.
Q. Why were you providing the mask at that time?
A. At this time I provided the first -- just the rubber part of the mask and SENESCO provided the cartridges. It was just part of the

deal, part of the charge.
Q. Was that based upon the expenses of providing that, the respirator and the mask?
A. Yes. Correct.
Q. Now, it indicates that a "five panel drug testing to all CC,I employees"; is that right?
A. Correct.
Q. That was done by CC,I; right?
A. Correct.
Q. Then CC,I would provide "workers with hand tools for their trade/skill"; is that right?
A. That's right.
Q. What type of hand tools would be provided?
A. Depends on the skill.
Q. Let's say Mr. Gukutu's skill, what type of hand tools would be provided for him?
A. I'm not sure if he's a welder or a fitter. I'm really not sure. Basic hand tools is per class so it is pliers, small hand tools that will fit in a bucket, no electric tools, nothing electric. I'm talking about screwdrivers, gloves, pliers.
Q. For a welder would it provide the torch itself?