EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLISON MARIE DUNBAR GUILLORY,
Administratrix of the Estate of
Patrick Guillory, and as Parent
and Next Friend of
WINTER LAPATRIA GUILLORY and
ARIEL JU'NEA KEON guillory

ORIGINAL

vs. C.A. NO.: 06-171-S

REASON GUKUTU and
CHRISTIAN PERSONNEL, INC.
d/b/a CHRISTIAN CONSTRUCTION INC.

DEPOSITION OF **REASON GUKUTU**, taken on behalf of the Defendant, Friday, October 13, 2006 at 10:05 a.m. pursuant to the Federal Rules of Civil Procedure at the law firm of Decof & Decof, One Smith Hill, Providence, Rhode Island before Linda F. Oakley, RPR, Inc., Notary Public.

APPEARANCES:

DECOF & DECOF, P.C.
BY: VINCENT T. CANNON, ESQ.
Counsel for the Plaintiff

CLINTON & MUZYKA, P.C.
BY: ROBERT E. COLLINS, ESQ.
Counsel for the Defendants

REPORTING ASSOCIATES
Westminster Square Building
10 Dorrance Street, Suite 617
Providence, RI 02903

# I N D E X


| DEPONENT | PAGE NO. |
|---|---|
| Reason Gukutu | |
| Examination by Mr. Cannon | 3 |

| PLAINTIFF'S EXHIBITS | DESCRIPTION | PAGE NO. |
|---|---|---|
| 1, I.D. | Photostatic copy of Staples fax from Reason Gukutu to CCI with attached Form W-4 | 21-22 |
| 2, I.D. | Photostatic copy of pay stub | 45-46 |
| 3, I.D. | Photostatic copy of three-page Witness Statement | 53 |
| 4, I.D. | Color laser copy of photograph | 64 |
| 5, I.D. | Color laser copy of photograph | 66 |
| 6, I.D. | Color laser copy of photograph | 67 |
| 7, I.D. | Color laser copy of photograph | 70 |

A Shipbuilding.
Q When you went back to Zimbabwe, did you work during that period between May or June of 2001 till August of 2001?
A No.
Q When did you come back to the United States the second time?
A That's 5th of August.
Q 2001?
A 2001, yes.
Q Have you been back to Zimbabwe since that time?
A No.
Q Have you been in the United States since August 5, 2001?
A Yes.
Q Are you, what is your citizenship status at the present time?
A I'm just on work permit.
Q When does your work permit expire?
A September of 2007.
Q Now, according to your answers to interrogatories, you worked for a number of companies before CCI, is that right?
A Before CCI, yes.
Q You worked for a small shipyard in Lafayette,

Louisiana for two months?
A Lafayette.
Q Yes?
A Yes, sir.
Q You don't remember the name, correct?
A I don't remember the name.
Q What type of work was that?
A Shipbuilding still.
Q And then you worked for a company called Worldwide Labor in Pascagoula, Mississippi, is that right?
A Yes, sir.
Q From August 8, 2002 to December of 2002, correct?
A Yes.
Q What, Worldwide Labor, what type of company was that, do you know?
A They supply labor, mostly in ship--- I understand in shipbuilding.
Q And from January 6th, 2003 to February 2003, you worked for J & M, Inc., is that right?
A Yes, sir.
Q And what type of --
MR. COLLINS: He had worked for them before, too, number, Number 5. You missed that one.
MR. CANNON: Oh, okay.
Q You worked for them previously from September of 2001

till August 2002, correct?
A Yes.
Q Is that a shipbuilding company?
A No. They supply labor.
Q Okay.
A Shipbuilding labor.
Q Is it, are they in the same business as Worldwide Labor?
A Yes, sir.
Q And then you worked for a company called Bollinger Marine from March of 2003 until September of 2003, is that right?
A Yes, sir.
Q Is that a shipbuilding company?
A Yes, sir.
Q So you worked directly for the shipbuilder?
A I worked direct, that's the only company I worked directly for.
Q Okay. And then you began to work for CC, Inc. on September 11, 2003, correct?
A 2003, yes, sir.
Q And you're presently at this time working for CC, Inc., correct?
A Yes, sir.
Q You're an employee of CC, Inc., correct?

A Yes, sir.
Q Now, why did you first become employed by CC, Inc.? Tell me about that.
A I was working at the, at Bollinger Marine. And because of the way they are at Louisiana, I hadn't gotten used to it too much. So I wanted it to change to another state where it was much better. Then I looked in the newspaper. I saw the ad for CCI, Inc., and I called them. And the first person I talked to was, I think it was Jacques. And he told me about working Rhode Island. So I talked to my cousin John, I mean my friend John Makamba. And then we, we got the job. I told you we got the job. We took the drug test, and we came over to Rhode Island.
Q Now, I'm sorry. What was it about Louisiana that you didn't like at that time?
A It was hot.
Q Oh.
A It's the weather. It's hot.
Q It the weather. Okay. I can understand that. When you called CCI, Inc., what did they tell you about the job or the jobs they had?
A They needed shipfitters. And, basically, that's what they called for, the experienced, at least, at least some experience. So we were qualified for the job.

Q Where is CCI located? In what state?
A CCI is located, and I think it's Mobile, Alabama.
Q Now, you called from Louisiana, is that?
A From Louisiana, New Orleans, yes, sir.
Q Okay. After you spoke to Jacques, did he send you some paperwork, or what happened next?
A He sent me over to a place where they, I could have my drug test, drug screening in New Orleans.
Q Okay. And did you have the blood screening test?
A Yes, I had the blood screening test.
Q And did you, I assume you passed the test?
A Yes, I did.
Q And did Mr. Makamba, your friend, also take the drug screening test?
A Yes, he went up.
Q By the way, does Mr. Makamba still work at SENESCO?
A No, sir.
Q When did he leave?
A He left last year, I think. Yeah, last year. I can't remember which time, but last year.
Q And where is he presently living? Do you know?
A I understand he went to Florida, Alabama. I mean Florida.
Q Could you spell his last name for me?
A It's M a k a m b a.

Q And how long have you known, did you know Mr. Makamba?
A I've known him for, for five years.
Q Is he also originally from Zimbabwe?
A Yes. Yes.
Q Did you know him in Zimbabwe?
A No.
Q Did you meet him in Louisiana?
A Yes, sir.
Q Did he attend the same college as you?
A I don't know.
Q So getting back to CCI, you called in response to an ad, correct?
A Yes.
Q Spoke to Jacques?
A Yes, sir.
Q And then he sent you for a drug test to New Orleans?
A Yes.
Q Correct?
A Yes, sir.
Q What happened next?
A After I passed, I think it was the following day, they told me that I passed the drug test. And they told me, they gave me directions of where I was

supposed to go.
Q Okay. When you say they, who did you speak to?
A I don't remember the names.
Q Was it someone from CCI?
A CCI, yes.
Q Okay. So this was over the telephone, correct?
A Yes.
Q And they told you where you were supposed to go next?
A Yes.
Q And where was that?
A SENESCO shipyard in Rhode Island.
Q Now, up to this point in time had you filled out any paperwork, any applications, or anything like that?
A I had send them my, my, we call them curriculum vitaes. I don't know --
Q Okay.
A -- the name for that.
Q It's a outline of your background?
A My background, yes.
Q Okay. So you sent that to CCI?
A Yes.
Q Okay. Did you send anything else to CCI?
A I send my driver's license, my Social Security card, and my -- I think that's what I send, if I remember correct.

Q Did you have to fill out any paperwork that they sent to you?
A They sent the tax forms and the employment forms, I think.
Q Okay. And when you say the tax forms, is that the --
A W --
Q -- W-4?
A -- 4's, yes.
Q And what, the employment form or forms, what are you referring to?
A I'm not sure, I am not sure if it was the employment form. But the one that I remember very well was the W-4. I filled that out.
Q Okay. And that determines how much tax is taken out, correct?
A How much tax is taken out, yes.
Q Let me just show you a -- well, let me go back for a moment. Would you send a W form in each year to CCI?
A No. It's when, it depends the way you want to do it. If you want to change something about your taxes, you send them one. I mean, then you request another one, so that you can fill it out.
MR. CANNON: Okay. I'm going to have that marked as Exhibit 1.

(PHOTOSTATIC COPY OF STAPLES FAX FROM REASON GUKUTU TO CCI WITH ATTACHED FORM W-4 WAS MARKED PLAINTIFF'S EXHIBIT NO. 1, IDENTIFICATION)

Q So showing you a document, a two-paged document, this is, the second page is a form, a W-4 form. Is that what you're referring to?
A Yes.
Q That type of form?
A Yes, sir.
Q And this one was for the tax year 2005, correct?
A Yes, sir.
Q And you faxed this form to CCI, is that right?
A Yes, sir.
Q And that was a employee withholding, correct?
A Yes, sir.
Q And when you were first employed by CCI back in September of 2003, did you file a similar form with CCI, W-4 form?
A No, sir.
Q Did you send them any paperwork?
A It was different.
Q It was a different form?
A It was different. I mean different in the fillings out.
Q Okay. But was it for tax purposes?

A Yes, sir.
Q Did you send any additional paperwork to CCI at the time you were first hired?
A I don't remember. I can't say. But, I mean, all I know is you, something to do with the tax forms. And the first things that they want, the tax forms, the driver's license and all that.
Q Tax forms, driver's license, Social Security card?
A Yes. Yes.
Q Anything else?
A No, sir.
Q Now, after you had sent this material to CCI and had taken the drug test, what happened next?
A I came to Rhode Island on the Saturday.
Q Now, what was the terms of the employment with CCI? First of all, how much were you being paid, and could you tell me about that?
MR. COLLINS: Originally?
MR. CANNON: Originally, yes.
A Originally it was if, within the range of say ten dollars per diem and ten dollars per hour.
Q Okay.
A It was ten, one of those figures, six dollars. I don't remember, quite frankly.
Q Okay. But you were receiving an hourly pay, is that

A I've, I haven't even tried to ask about it.
Q Okay. All right. Just to go back a moment, you mentioned these coordinators that work for CCI in Rhode Island. And there were several coordinators since you've been here, correct?
A Yes, sir.
Q Would they have offices at SENESCO or outside of SENESCO, to your knowledge?
A The only one I remember is Mrs. John--- Mrs. Rhonda Grounds. She had an office at SENESCO.
Q She had one right at SENESCO?
A We could call it a makeshift kind of office, where we -- I could call her, and she would say, "Come to the office." It's within the, the SENESCO office complex.
Q Now, when you say makeshift, was it sort of like a trailer, or something like that?
A She had a desk and a table. And that's all I remember. When every time I went to pick up the paychecks, she had it within the SENESCO office complex, which is the trailers right there, the SENESCO office trailers.
Q Now, you mentioned picking up the paychecks. Would you, as a foreman do you pick up the paychecks for your crew?