EXHIBIT 9



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLISON MARIE DUNBAR GUILLORY *
Administratrix of the Estate *
Of Patrick Guillory, and as *
Parent and Next Friend of *
WINTER LAPATRIA GUILLORY and *
ARIEL JU'NEA KEON GUILLORY, *
*
Plaintiffs, *
*
vs. * CASE NUMBER
* C.A. 06-171-S
REASON GUKUTU and CHRISTIAN *
PERSONNEL, INC., d/b/a, *
CHRISTIAN CONSTRUCTION, *
INC., *
*
Defendants. *

ORIGINAL

The deposition of **JACQUES MILLETTE** was taken before Nathalie S. Faggard, as Commissioner, on January 17, 2007, commencing at approximately 11:30 a.m. at the offices of Henderson & Associates Court Reporters, located at 5 North Royal Street, Mobile, Alabama.

A P P E A R A N C E S

For the Plaintiff:

VINCENT T. CANNON, ESQUIRE
DECOF & DECOF, P.C.
One Smith Hill
Providence, Rhode Island 02903

For the Defendant:

ROBERT E. COLLINS, ESQUIRE
CLINTON & MUZYKA, P.C.
Suite 1400
One Washington Mall
Boston, Massachusetts 02108

Also Present:

CARMEN WENZEL

NATHALIE S. FAGGARD,
COURT REPORTER

# I N D E X


| EXAMINATION | PAGE |
|---|---|
| MR. CANNON: . . . . . . . . . . . . | 5 |
| MR. COLLINS: . . . . . . . . . . . . | 104 |

fax a resume, and, you know, what his work history was, and he was real interested in going to Rhode Island.

It's hard to get people to go to Rhode Island in January or whenever it was we sent him. That's a long way away from New Orleans. I think it was actually September -- any time, that's a hard job to recruit for. A lot of people don't like going that far north. They're not familiar with it, especially from down here in the South. But they wanted to go. And they needed welders, so, and shipfitters. They needed both.

Q So, you took his name, address --
A Name, address, information.
Q Phone numbers?
A Phone numbers. I'm not sure how the paperwork was. I'm not sure. They filled out paperwork in Rhode Island, a contractor form with the information on it.
Q And you say they did that at SENESCO?
A Yes, sir.
Q All right. You say you believe Mr. Gukutu faxed you a resume?

A I believe he did. A long time ago, but I believe he did. Now, John, I'm not sure about him.
Q Did anyone check out his references?
A They did.
Q Who did that?
A I don't know. I don't recall doing it, but it was either me or Jerome or Sandra at that time. And I'm not sure Joann was there or not. I can't remember.
Q But you don't recall doing it?
A No. It's so many I check out, I'm pretty sure -- I do a lot of that stuff. It's hard for me to remember everybody I do. I don't recall.
Q You don't keep any record of that?
A No.
Q That's true today, also?
A Yes.
Q If you call somebody about a reference, there's no notation made in the file?
A I usually notate it on the call record sheet.
Q Okay.
A The call record sheet --
Q Which no longer exists --

A No longer exists.
Q -- as far as we know?
A As far as we know.
Q You have no memory of calling for references, do you?
A I believe I did. I just don't recall, specifically, the answer if I actually did. But, it had to be one of us, so. I don't recall.
Q Now, Mr. Gukutu never came to Mobile, Alabama, did he, for an interview?
A I think he did. I think he came in the office that one time.
Q Before he was sent up to Rhode Island?
A I think so, yes, sir.
Q You believe he came --
A I believe he did.
Q Okay. When was that?
A I don't recall. Before he went up when he started work. I don't even recall when he started. It was 2003.
Q The records indicate he started around September, 2003. Is that consistent with your memory?

Q And they were paid by CCI?
A Yes.
Q They would submit their hours to CCI?
A They'd submit their hours to the shipyard; the shipyard would E-mail the hours to CCI.
Q Okay. And they were paid an additional amount per diem for living expenses; correct?
A Yes, sir.
Q And CCI would, also, make arrangements for places for these people to live in Rhode Island?
A Yes, sir. We'd call around to hotels and see what was available.
Q And CCI would, also, make arrangements for transportation from these hotels to the shipyard?
A If you didn't have a vehicle, we will take -- that was -- we kind of provided him with -- because there's a lot of people out there that don't have transportation, so, yes.
Q Did you have a vehicle --
A A van.
Q A van.
A Fifteen-passenger van.
Q And CCI, also, provided health insurance for