UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLISON MARIE DUNBAR GUILLORY, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of WINTER LAPATRIA GUILLORY and ARIEL JU'NEA KEON GUILLORY :

vs. : C. A. NO.: 06-171-S

REASON GUKUTU and CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION INC. :

## AFFIDAVIT OF VINCENT T. CANNON

I am a member of the bar of this Court and of the firm of Decof & Decof, P.C., attorneys for Plaintiffs Allison Marie Dunbar Guillory, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'Nea Keon Guillory in this action. I submit this Affidavit to place into the record portions of deposition transcripts and documents generated during the course of discovery:

1. Annexed hereto as Exhibit 1 is the Contract dated 9/26/03.

2. Annexed hereto as Exhibit 2 is the Employee Leasing Agreement dated 2/6/04.

3. Annexed hereto as Exhibit 3 is the Accident Fatality Report dated 6/15/05.

4. Annexed here as Exhibit 4 is the Scannell Memorandum dated 9/26/05.

5. Annexed hereto as Exhibit 5 is the OSHA Citation and Penalty.

6. Annexed hereto as Exhibit 6 are pages from the Deposition of Donald Jerome Christian.

7. Annexed hereto as Exhibit 7 are pages from the Deposition of Michael Scannell.

8. Annexed hereto as Exhibit 8 are pages from the Deposition of Reason Gukutu.

9. Annexed hereto as Exhibit 9 are pages from the Deposition of Jacques Millette.

Signed under the pains and penalties of perjury this 13th day of April, 2007.

Vincent T. Cannon #2324

Giallors P037