**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-171-S**

**ALLISON MARIE DUNBAR GUILLORY,**
**Administratrix of the Estate**
**of Patrick Guillory, and**
**as Parent and Next Friend of**
**WINTER LAPATRIA GUILLORY and**
**ARIEL JU'NEA KEON GUILLORY,**
**Plaintiff,**

**VS.**

**REASON GUKUTU and**
**CHRISTIAN PERSONNEL, INC.**
**d/b/a CHRISTIAN CONSTRUCTION, INC.,**
**Defendants.**

**DEFENDANTS, REASON GUKUTU AND CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION, INC.'S, ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM**

Now come the defendants, Reason Gukutu and Christian Personnel, Inc. d/b/a Christian Construction, Inc., in the above-entitled action, by and through their undersigned attorneys, Clinton & Muzyka, P.C., and move this Honorable Court for a one (1) week extension of time in which to file its reply memorandum, up to and including April 30, 2007. As a basis therefore, the defendants state that as a result of work on other cases, defendants' attorney has been unable to review the opposition memorandum and requests a one (1) week extension to attend to same.

Plaintiff's counsel has assented to this Motion.

**WHEREFORE**, the defendants pray this Honorable Court grant their Motion for Extension of Time in which to file its Reply Memorandum, up to and including April 30, 2007.

Respectfully submitted,

By its attorney,

**CLINTON & MUZYKA, P.C.**

**"/S/Robert E. Collins"**
**Robert E. Collins**
**BBO NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489 Fax

ASSENTED TO:

**"/S/Vincent T. Cannon"**
Vincent T. Cannon
BBO NO. 2524
DECOF & DECOF, P.C.
One Smith Hill
Providence, RI 02903
(401) 272-1110

Dated: April 19, 2007