**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-171-S**

**ALLISON MARIE DUNBAR GUILLORY,**
**Administratrix of the Estate**
**of Patrick Guillory, and**
**as Parent and Next Friend of**
**WINTER LAPATRIA GUILLORY and**
**ARIEL JU'NEA KEON GUILLORY,**
**Plaintiff,**

**VS.**

**REASON GUKUTU and**
**CHRISTIAN PERSONNEL, INC.**
**d/b/a CHRISTIAN CONSTRUCTION, INC.,**
**Defendants.**

**DEFENDANTS, REASON GUKUTU AND CHRISTIAN PERSONNEL, INC. d/b/a CHRISTIAN CONSTRUCTION, INC.'S, ASSENTED TO MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT**

Now come the defendants, Reason Gukutu and Christian Personnel, Inc. d/b/a Christian Construction, Inc., in the above-entitled action, by and through their undersigned attorneys, Clinton & Muzyka, P.C., and move this Honorable Court for a Continuance of the Hearing on the Motion for Summary Judgment to the next available day for this Honorable Court.  As a basis therefore, Defendant states the following.

This matter involves a wrongful death action as a result of an incident on June 15, 2005. Defendant has filed a Motion for Summary Judgment and it is scheduled to be heard by this Honorable Court on July 19, 2007.

The undersigned is lead counsel in the matter of Hebert, Jr. v. Alfa Laval, Inc. et als, pending in Middlesex County Superior Court for the Commonwealth of Massachusetts, C.A. No. 06-1599. That litigation is a wrongful death action due to death by exposure to asbestos and has, at the last count, sixty (60) defendants. The undersigned represents one of the defendants, ECR International, Inc. f/k/a Dunkirk Radiator Corporation. The litigation began as a personal injury action, but before any depositions could be taken the Plaintiff, Raymond J. Hebert, Jr. died allegedly from mesothelioma. The matter is currently scheduled for trial on October 22, 2007. The first deposition in the matter is scheduled to take place in Florida on Wednesday, July 25, 2007. The deposition is of Francis Hebert, the brother and business partner of the decedent. He is expected to be the principal witness who will identify the products that the decedent was exposed to and its frequency, regularity and proximity, necessary elements in any asbestos case. The deposition is anticipated to take several days due to the

number of defendants. The undersigned's client, ECR International, Inc. was only recently brought into this action and only learned of the deposition last week.

The undersigned had hoped that one of the other partners in the firm, Thomas J. Muzyka, would be able to attend the deposition in his stead, but he has been reached for trial before Justice O'Toole of the United States District Court for the District of Massachusetts in the matter of Thomas v. New England Fast Ferry of Massachusetts, LLC, C.A. No. 05-11443. The jury trial will commence on Monday, July 16 and is anticipated to last the entire week.

Plaintiff's counsel has assented to this Motion.

The parties note that both the attorney for the Defendant and the attorney for the Plaintiff will be on personal vacation for the period July 29 to August 13, 2007.

**WHEREFORE**, the defendants pray this Honorable Court grant their Motion to Continue the Hearing on the Motion for Summary Judgment scheduled for Thursday, July 19, 2007

Respectfully submitted,

By its attorney,

**CLINTON & MUZYKA, P.C.**

**“/S/Robert E. Collins”**
**Robert E. Collins**
**BBO NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 720-3489 Fax

ASSENTED TO:

**”/S/Vincent T. Cannon”**
Vincent T. Cannon
BBO NO. 2524
DECOF & DECOF, P.C.
One Smith Hill
Providence, RI 02903
(401) 272-1110

Dated: July 13, 2007