**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**AMENDED JUDGMENT IN A CIVIL CASE**

**Allison Marie Dunbar Guillory,**
**Administratrix of the Estate of Patrick Guillory,**
**and as Parent and Next Friend of Winter Lapatria**
**Guillory and Ariel Ju'nea Keon Guillory**
**Plaintiff**

**V.** **Case Number: C.A. 06-171S**

**Reason Gukutu and Christian Personnel, Inc.**
**d/b/a Christian Construction, Inc**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, Reason Gukutu and Christian Personnel, Inc. d/b/a Christian Construction, Inc., against the Plaintiffs, Allison Marie Dunbar Guillory, Administratrix of the Estate of Patrick Guillory, and as Parent and Next Friend of Winter Lapatria Guillory and Ariel Ju'nea Keon Guillory pursuant to the Court's Opinion and Order dated February 13, 2008 granting Defendants' Motion for Summary Judgment.**

**BY ORDER:**

Karen Baldwell

**Deputy Clerk**

**February 15, 2008**
**Date**